SHERIFF'S ENTRY OF SERVICE

Civil Action No. 1:25-cv-02006-JPB

Superior Court ☐
State Court ☐
Juvenile Court ☐
Magistrate Court ☐
Probate Court ☐

Date Filed April 11, 2025.

Georgia, DeKalb COUNTY

Michael E. Sullivan, Jr.

Attorney's Address
Michael E. Sullivan, Jr.

Plaintiff
3324 Peachtree Road NE #1405
Atlanta, GA 30326

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 23 2025

KEVIN P. WEIMER, Clerk
By: Matthew A. Deputy Clerk

VS.

W. MICHAEL MALOOF, JR., d/b/a
THE MALOOF LAW FIRM

Defendant

Name and Address of Party to Served
W. Michael Maloof, Jr.
215 N McDonough St
Decatur, GA 30030-3319

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
[X] I have this day served the defendant __W. Michael Maloof Jr.__ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about ____ years; weight ____ pounds; height ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation
by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __17__ day of __JUN__, 20__25__

DEPUTY

Deputy Brown
4885, DKSO

DEFENDANT'S COPY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| MICHAEL E. SULLIVAN, JR. <br><br> *Plaintiff(s)* <br> v. <br> W. MICHAEL MALOOF, JR., <br> d/b/a THE MALOOF LAW FIRM <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. **1:25-CV-2006** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  W. MICHAEL MALOOF, JR.
THE MALOOF LAW FIRM
215 N McDonough St
Decatur, GA 30030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MICHAEL E. SULLIVAN, JR.
3324 Peachtree Road NE, Unit 1405
Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: **APR 1 4 2025**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**USPS CERTIFIED MAIL™**

MICHAEL SULLIVAN
3324 PEACHTREE RD NE UNIT 1405
ATLANTA GA 30326-1477



$6.35   US POSTAGE
FIRST-CLASS IMI
Jun 20 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11928275
063S0010282497

USPS CERTIFIED MAIL

9407 1118 9876 5440 9570 18

US District Court, Northern District of Georgia
Clerk of Court
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA GA 30303-3309

CLEARED SECURITY
JUN 2 3 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia

FILE INTO CASE
1:25-cv-02006-JPB
Sullivan v. Maloof

▶▶▶ Pull here to open     Pull here to open ◀◀◀

SimplySafe™