FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 11 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL E. SULLIVAN, JR., <br> Plaintiff, <br> v. <br> W. MICHAEL MALOOF, JR., <br> d/b/a THE MALOOF LAW FIRM, <br> Defendant. | Civil Action No.: <br> **1:25-cv-02006-JPB** |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO COMPEL
SERVICE OF DEFENDANT'S ANSWER AND MOTION TO STRIKE
PURSUANT TO LOCAL RULE 5.1(A)(3)**

Plaintiff Michael E. Sullivan, Jr., proceeding *pro se*, respectfully submits this Reply in further support of his Motion to Compel Service [Doc. 6]. Defendant's Response [Doc. 12] serves only to confirm the pattern of procedural misconduct that necessitated the original Motion. In a stunning display of irony, Defendant failed to properly serve the very document in which he attempts to excuse prior service failures. The problem has worsened since, with subsequent filings also being served improperly to a non-existent email address. This Reply demonstrates that Defendant's violations are not isolated mistakes but a continuing pattern of disregard for the Rules, and that Plaintiff's requested relief is more critical than ever.

1

## ARGUMENT

### I. Defendant's Excuses are Undermined by His Own Continued Failures

Defendant's entire Response [Doc. 12] rests on the claim that the initial failure to serve was a simple mistake that has been corrected. The facts prove otherwise.

First, the Certificate of Service for the Response itself [Doc. 12, p. 2] is deficient. It certifies service only via first-class mail, omitting the mandatory email service required by this Court's Standing Order [Doc. 3]. Counsel cannot claim ignorance of this requirement, as Plaintiff not only provided his email address on the Complaint [Doc. 1], but also sent a letter on June 24 [Doc. 6, Ex. A] for the sole purpose of reminding them of this dual-service obligation. For counsel to then file a responsive pleading days later while ignoring both the Standing Order and Plaintiff's direct, good-faith reminder is not a mistake; it is a present and ongoing failure to comply with a direct order from this Court.

Second, the pattern of non-compliance continued with the filing of a Notice of Appearance [Doc. 13] on July 10, 2025. The Certificate of Service for this document is doubly defective:

(1) It certifies service to an incorrect email address: msullicanjr@gmail.com.

(2) It fails to certify service by U.S. Mail, the other mandatory component of service on a *pro se* party.

Service to msullicanjr@gmail.com is not just improper; it is impossible. As shown by the attached delivery failure notification, that email address does not exist. (See Exhibit A, Delivery Status Notification (Failure), July 11, 2025). Opposing counsel has now failed to properly serve four consecutive documents, each time with a different combination of errors, proving this is not an issue of a one-time "mistake" but one of systemic carelessness or deliberate obstruction.

## II. Plaintiff's Diligence Does Not Excuse Defendant's Non-Compliance

Defendant argues that his failure is harmless because Plaintiff "has clearly reviewed the Answer and Motion to Strike." [Doc. 12, p. 2]. This argument is legally baseless and improperly shifts the burden of compliance from the filing party to the *pro se* litigant.

A party's duty to serve its filings is mandatory under Fed. R. Civ. P. 5 and the Local Rules. Proper service is what provides official notice and triggers response deadlines. It is not a *pro se* plaintiff's responsibility to police the docket and pay PACER fees to discover what filings opposing counsel has failed to serve. To suggest otherwise would render the service rules meaningless and would particularly prejudice *pro se* parties who are entitled to rely on counsel's compliance with Court orders.

### III. The Court Must Intervene to Stop the Pattern of Misconduct.

Plaintiff attempted to resolve this issue in good faith without Court intervention [Doc. 6, Ex. A]. Counsel's first response was not to correct the error, but to properly serve a tactical Rule 68 Offer of Judgment [Doc. 9, Ex. A], proving they are fully capable of following service rules when it serves their interests. Only after that did they file a formal, but defectively served, Response [Doc. 12], followed by counsel's equally defective Notice of Appearance [Doc. 13]. It is now abundantly clear that only a direct Order from this Court will compel Defendant's counsel to adhere to the fundamental rules of procedure. The ongoing failures prejudice Plaintiff by creating uncertainty and forcing him to expend time and resources on correcting counsel's repeated and inexcusable errors.

### CONCLUSION

Defendant's conduct demonstrates a clear and continuing disregard for the rules of service. His excuses are contradicted by his own actions. For these reasons, and those stated in the original Motion, Plaintiff respectfully requests that the Court grant the Motion to Compel [Doc. 6] in its entirety, order immediate and proper service of all outstanding documents, reset all response deadlines to run from the date of proper service, and direct Defendant's counsel to comply with all service rules for all future filings.

Respectfully submitted this 11th day of July, 2025.

                                         **Michael E. Sullivan, Jr.,**
                                         Plaintiff *pro se*
                                         3324 Peachtree Road NE, Unit 1405
                                         Atlanta, GA 30326
                                         (678) 372-3000
                                         msullivanjr@gmail.com

## EXHIBIT LIST

**Exhibit A**  Delivery Status Notification (Failure), dated July 11, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO COMPEL SERVICE OF DEFENDANT'S ANSWER AND MOTION TO STRIKE PURSUANT TO LOCAL RULE 5.1(A)(3)** was served upon Defendant's counsel by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

                          Bryan J. Henderson, Esq.
                          William S. Cleveland, Esq.
                      GUILMETTE HENDERSON, LLC
                    1355 Peachtree St. NE, Suite 1125
                       Atlanta, Georgia 30309-4902

This, the 11th day of July, 2025.

                                         **Michael E. Sullivan, Jr.,**
                                         Plaintiff *pro se*
                                         3324 Peachtree Road NE, Unit 1405
                                         Atlanta, GA 30326
                                         (678) 372-3000
                                         msullivanjr@gmail.com

## FONT AND POINT CERTIFICATION

The undersigned Plaintiff hereby certifies that the within and foregoing **PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO COMPEL SERVICE OF DEFENDANT'S ANSWER AND MOTION TO STRIKE PURSUANT TO LOCAL RULE 5.1(A)(3)** was prepared using Century Schoolbook, 13-point font in accordance with LR 5.1(C).

# EXHIBIT A

Delivery Status Notification (Failure), dated July 11, 2025

 Gmail

Mike Sullivan <msullivanjr@gmail.com>

---

**Delivery Status Notification (Failure)**
1 message

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>　　　　　　　　　Fri, Jul 11, 2025 at 2:46 PM
To: msullivanjr@gmail.com



**Address not found**

Your message wasn't delivered to **msullicanjr@gmail.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-
checking the recipient's email address for typos or unnecessary spaces. For more
information, go to https://support.google.com/mail/?p=NoSuchUser 71dfb90a1353d-
535e73734c2sor663385e0c.5 - gsmtp
```

Final-Recipient: rfc822; msullicanjr@gmail.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. For more information, go to
 550 5.1.1  https://support.google.com/mail/?p=NoSuchUser 71dfb90a1353d-535e73734c2sor663385e0c.5 - gsmtp
Last-Attempt-Date: Fri, 11 Jul 2025 11:46:41 -0700 (PDT)


---------- Forwarded message ----------
From: Mike Sullivan <msullivanjr@gmail.com>
To: msullicanjr@gmail.com
Cc:
Bcc:
Date: Fri, 11 Jul 2025 14:46:03 -0400
Subject: Is this email address in use?