**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**



MICHAEL E. SULLIVAN, JR.,

  Plaintiff,

  v.

W. MICHAEL MALOOF, JR.,
d/b/a THE MALOOF LAW FIRM,

  Defendant.

Civil Action No.:

**1:25-cv-02006-JPB**

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)   The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff:**

> Michael E. Sullivan, Jr.

**Defendant:**

> W. Michael Maloof, Jr., d/b/a The Maloof Law Firm. Upon information and belief, The Maloof Law Firm is a sole proprietorship operated by W. Michael Maloof, Jr., and therefore has no parent corporation and no publicly held corporation owns 10% or more of any interest in it.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Defendant:**

> **State Bar of Georgia,** as the licensing and regulatory authority for Defendant W. Michael Maloof, Jr., whose professional conduct in this matter may be subject to review or disciplinary action.
>
> **The United States Internal Revenue Service (IRS)** may have a regulatory interest in the subject matter of this case due to allegations of tax structuring, wage misclassification, and unreported compensation described in the Complaint and subsequent filings.[1]

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Plaintiff:**

> Plaintiff is self-represented and not an attorney of record.

**Defendant:**

---

[1] This interest arises from Defendant's recorded and written statements referencing tax-related "refund" structuring, compensation timing to avoid reporting scrutiny, and the mischaracterization of wages.

> (1) Chadwick L. Williams of Kabat Chapman & Ozmer LLP substituted as counsel on July 15, 2025
>
> (2) Bryan J. Henderson of Guilmette Henderson, LLC terminated as counsel on July 15, 2025
>
> (3) William S. Cleveland of Guilmette Henderson, LLC terminated as counsel on July 15, 2025

Respectfully submitted this 29th day of July, 2025.

*/s/ Michael E. Sullivan, Jr.*

**Michael E. Sullivan, Jr.,**
Plaintiff *pro se*
3324 Peachtree Road NE, Unit 1405
Atlanta, GA 30326
(678) 372-3000
msullivanjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was served upon Defendant's counsel by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

> Chadwick Lloyd Williams
> Kabat Chapman & Ozmer LLP
> 171 17th Street NW, Ste 1550
> Atlanta, GA 30363

This, the 29th day of July, 2025.

*[signature]*

**Michael E. Sullivan, Jr.,**
Plaintiff *pro se*
3324 Peachtree Road NE, Unit 1405
Atlanta, GA 30326
(678) 372-3000
msullivanjr@gmail.com

### FONT AND POINT CERTIFICATION

The undersigned Plaintiff hereby certifies that the within and foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was prepared using Century Schoolbook, 13-point font in accordance with LR 5.1(C).