

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL E. SULLIVAN, JR.,

Plaintiff,

v.

W. MICHAEL MALOOF, JR.,
d/b/a THE MALOOF LAW FIRM,

Defendant.

Civil Action No.:

1:25-cv-02006-JPB

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF ORDER ON AMENDED MOTION FOR COSTS OF SERVICE

Plaintiff Michael E. Sullivan, Jr., proceeding *pro se*, respectfully moves this Court for an Order granting his unopposed Amended Motion for Costs of Service Against Defendant Maloof Pursuant to Fed. R. Civ. P. 4(d)(2) [Doc. 18]. In support thereof, Plaintiff shows the Court as follows:

### INTRODUCTION

In light of this Court's Order referring this case to mediation on October 30, 2025 [Doc. 24], Plaintiff respectfully files this motion to resolve an outstanding procedural matter. The purpose is to promote an efficient and focused mediation. By entering an order on this uncontested issue now, the Court can formally close the chapter on prior service-related disputes. This provides judicial finality, prevents the parties from wasting valuable mediation time, and allows both the mediator and the parties to concentrate exclusively on the substantive resolution of the case. Finalizing this matter

1

enforces the cost-shifting mandate of Rule 4(d), creates a clean slate, and ensures the case proceeds to mediation with all preliminary procedural issues resolved.

## STATEMENT OF FACTS

1. On July 15, 2025, Plaintiff filed his Amended Motion for Costs of Service [Doc. 18]. The motion, supported by Plaintiff's previously filed Declaration [Doc. 10], seeks the mandatory reimbursement of direct service costs, which total $137.35, as prescribed by Fed. R. Civ. P. 4(d)(2).

2. Subsequently, Defendant's counsel communicated to Plaintiff that Defendant would not be opposing the motion.

3. The deadline to file a response was July 29, 2025, and the docket reflects that no opposition was filed. Accordingly, under Local Rule 7.1(B), the motion is deemed unopposed.

## CONCLUSION

WHEREFORE, because the Amended Motion for Costs of Service is unopposed and ripe for adjudication, Plaintiff respectfully requests that the Court GRANT the motion [Doc. 18] and award Plaintiff $137.35 in service costs pursuant to Fed. R. Civ. P. 4(d)(2). As required by this Court's Standing Order, a proposed order is attached.

Respectfully submitted this 12th day of August, 2025.

*[Signature]*

**Michael E. Sullivan, Jr.,**
Plaintiff *pro se*

3324 Peachtree Road NE, Unit 1405
Atlanta, GA 30326
(678) 372-3000
msullivanjr@gmail.com

## FONT AND POINT CERTIFICATION

The undersigned Plaintiff hereby certifies that the within and foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF ORDER ON AMENDED MOTION FOR COSTS OF SERVICE** was prepared using Century Schoolbook, 13-point font in accordance with LR 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF ORDER ON AMENDED MOTION FOR COSTS OF SERVICE** was served upon Defendant's counsel by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

> Chadwick L. Williams, Esq.
> Kabat Chapman & Ozmer LLP
> 171 17th Street NW, Suite 1550
> Atlanta, Georgia 30363

This, the 12th day of August, 2025.

*[Signature]*

**Michael E. Sullivan, Jr.,**
Plaintiff *pro se*

3324 Peachtree Road NE, Unit 1405
Atlanta, GA 30326
(678) 372-3000
msullivanjr@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL E. SULLIVAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>W. MICHAEL MALOOF, JR.,<br>d/b/a THE MALOOF LAW FIRM,<br><br>Defendant. | Civil Action No.:<br>**1:25-cv-02006-JPB** |

**[PROPOSED] ORDER**

Before the Court is **PLAINTIFF'S AMENDED MOTION FOR COSTS OF SERVICE AGAINST DEFENDANT MALOOF PURSUANT TO FED. R. CIV. P. 4(D)(2)**. For good cause shown, Plaintiff's Motion for Costs of Service is GRANTED against Defendant W. Michael Maloof, Jr., in the amount of $137.35.

**SO ORDERED** this ____ day of _____, 2025.

_____
**J.P. BOULEE**
United States District Judge