# Exhibit 17

## Delta Email (Oct. 3, 2022)

 Gmail

Mike Sullivan <msullivanjr2@gmail.com>

## Your ATL > LAX Trip Details
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>                                    Mon, Oct 3, 2022 at 1:36 PM
Reply-To: Transactional Email Reply Inbox <reply-248229-14_HTML-3861254-10982494-4827@t.delta.com>
To: MSULLIVANJR2@gmail.com

View as a Web Page



#9349039553
SkyMiles® Member
53,337 Miles

### FLIGHT CONFIRMATION #: JO22PX

**DEPARTURE**

# ATL
**8:45 PM Thu, Oct 06 DL2331**

**DESTINATION**

# LAX
**10:29 PM Thu, Oct 06**

## Special Service Request Confirmation
You have requested peanut allergy assistance on your upcoming flight. **Click here** to learn more or book additional services or review the **Airline Passengers with Disabilities Bill of Rights.**

# Exhibit 18

## Sullivan Email (Aug. 18, 2022)

 Gmail                                          Michael Sullivan <msullivanjrlaw@gmail.com>

## Re: Untimely Invoice from Henry County (FORD) - Push-back? (reimbursement sent)
1 message

**Michael Sullivan** <msullivanjrlaw@gmail.com>                        Thu, Aug 18, 2022 at 8:30 AM
To: Mike Maloof <malooflawfirm@gmail.com>

You are probably aware that Ford Count 3 (TAMPERING WITH EVIDENCE 16-10-94) was incorrectly charged as a felony
instead of a misdemeanor. This is news to me, though.
Tampering in one's own case is a misdemeanor and only becomes felonious when a person obstructs the prosecution of
another person.
Obviously, agg assault is the lead charge, but 2 felonies instead of 3 sounds better. To me, at least.

On the open records, I was able to negotiate this down to $40.28 from $123.33 and sent a check. Apparently seeking to
enforce O.C.G.A. § 50-18-71(d) did the trick. Uploaded to MC. I haven't found anything useful yet.

# Exhibit 19

## Maloof Email (Aug. 18, 2022)

 Gmail

## Re: Untimely Invoice from Henry County (FORD) - Push-back? (reimbursement sent)
1 message

**Mike Maloof** <malooflawfirm@gmail.com>
To: Michael Sullivan <msullivanjrlaw@gmail.com>

Thu, Aug 18, 2022 at 9:44 AM

Thank you Mike. Give me a call tomorrow. I miss having you around.

# Exhibit 20

## Maloof SMS (Aug. 22, 2022)

← **Mike Maloof**  ⋮

> May i drop in and look at the response? I'm curious if business records contradict the victim's testimony.

Aug 22, 2022



Sure but not today

Call when you get a chance

Aug 22, 2022

> Pelayo Dropbox Link sent

Aug 22, 2022

Thanks Mike

Figured it out

Aug 22, 2022

     Type a message    

# Exhibit 21

## Sullivan Email (Jun. 6, 2023)

 Gmail

Michael Sullivan <msullivanjrlaw@gmail.com>

## Ford 05-18-23 Verizon Subpoena
1 message

**Michael Sullivan** <msullivanjrlaw@gmail.com>
To: Mike Maloof <malooflawfirm@gmail.com>

Tue, Jun 6, 2023 at 8:00 AM

FYI:

I called Verizon's Security Assistance Team last night to inquire about the status of the subpoena I served on 05-18-23 and they stated as follows:

- Verizon responded to the 08-05-22 subpoena and sent the records to my attention at your firm's address.
- Verizon retained its response, thankfully, because they now fall outside of the record retention policy of 1-year.
- Verizon did not respond to the 05-18-23 subpoena believing it to be a duplicate.
- **The response to the 05-18-23 subpoena (*the original 08-05-22 response*) will be resent on 06-06-23 via FedEx to my attention at your firm's address.  They are also providing me with a tracking number once available.**

Also, I found Charity. She is out of state 25/8/366 but works the front desk at a hotel in the DC area.

Sincerely,

**Mike**  **Sullivan**

(678) 372-3000 |  (678) 744-6028 |  msullivanjrlaw@gmail.com

# Exhibit 22

## Matson Email (Sep. 12, 2022)

 Gmail

Michael Sullivan <msullivanjrlaw@gmail.com>

**Re: [EXTERNAL] Re: Supplemental Discovery/La'Quincy Demar Ford**
1 message

**Candice Matson** <cmcrae@co.henry.ga.us>
To: Michael Sullivan <msullivanjrlaw@gmail.com>
Cc: Mike Maloof <maloofiawfirm@gmail.com>, Caitlin McGillicuddy <cmcgillicuddy@co.henry.ga.us>

I'm still waiting on a lot of this to be released to our office. I just did a follow up email to see where the office is on getting us this evidence. As soon as I get a response I'l

*Candice Matson*
*Paralegal*
*Crimes Against Women & Children Unit*
*Henry County District Attorney's Office*

*1 Courthouse Square, 2ⁿᵈ Floor*
*McDonough GA 30253*
cmatson@co.henry.ga.us
*770-288-6349*

# Exhibit 23

Sullivan Email (Mar. 7, 2023)

 Gmail

Mike Sullivan <msullivanjr@gmail.com>

## State v Sullivan, Plea Bargain
1 message

**Mike Sullivan** <msullivanjr@gmail.com>                                                          Tue, Mar 7, 2023 at 4:20 PM
To: Amanda Clark-Palmer <aclark@gsllaw.com>, Don F Samuel <dfs@gsllaw.com>

Don, Amanda:

Please allow this correspondence to confirm that I have received the State's offer to plea bargain, thoroughly considered it, and desire to promptly inform the State of my decision and proceed to trial.

I have long considered this to be the most likely resolution in my case. Accordingly, I have dreaded the arrival of today's news and I genuinely apologize to you for my failure to compromise. If not inappropriate, please thank ADA Thomas on my behalf.

Thank you.

Sincerely,

**Mike Sullivan**

📱 (678) 372-3000 | 📞 (678) 744-6028 | ✉ msullivanjr@gmail.com

# Exhibit 24

## Sullivan Email (Aug. 17, 2022)

 **Gmail**

Michael Sullivan <msullivanjrlaw@gmail.com>

## Re: Untimely Invoice from Henry County (FORD) - Push-back? (reimbursement sent)
1 message

**Michael Sullivan** <msullivanjrlaw@gmail.com>
To: Mike Maloof <malooflawfirm@gmail.com>

Wed, Aug 17, 2022 at 7:14 AM

Mike:

I dropped it in the mail before I saw your response. The angle I was suggesting:

- The statute seems to suggest forenotice is required >$25 and within three (3) days;
- so I was thinking of pointing this out and asking to foregoe the records (they ship today);
- upon considering the value of information of even officer misconduct might not be worth $123.33 ???

**Let's do this: (1) Toss the check (or cash it - I don't really care) when received; and (2) I'll cut another to Henry County.**
**Please.**
**I understand the feeling of others being careless with your resources (although not the case here) and it is annoying AF ...**
**... in my case, most recently it is $3k for a PSE that supports a hypothetical plea which I wouldn't take even if Alford, 1-year probation, and time served.**

I imagine you were served a copy of Judge Roberts's Order on Friday, but if not, it is attached.

Out of curiosity, did VZW ever respond to the subpoena? I have no clue what I did wrong, I used the exact verbiage Benny did. Anyway, the return is attached in case it does come through (and the response is to be used).

~ Sully

# Exhibit 25

Maloof SMS (Mar. 13, 2023, 9:46 AM)



# Exhibit 26

## Maloof Email (Jun. 20, 2023)

 **Gmail**                                    Michael Sullivan <msullivanjrlaw@gmail.com>

## My Crew and ready to et to work on this
1 message

**Mike Maloof** <malooflawfirm@gmail.com>                            Tue, Jun 20, 2023 at 8:13 AM
To: Troy Hendrick <troy@hendrickhenrylaw.com>, Sofia Barnett <skbarnett096@gmail.com>, libanzavala@hotmail.com, Mike
Sullivan <msullivanjrlaw@gmail.com>

My apologies for my limited availability last week Troy. I reached out to the father and the Detective (no response from
Detective). I am going to circle back to the Detective and compose an email indicating we are on his side on this one. I
will reference the Cooley case and how we worked that case to see if I can get him to open a line of communication to our
offices. Finally, Troy can you send the brother's contact info and the individual that our client was invited onto the
premises on the date in question. I think a phone call from brother to the individual will let his guard down.

It sounds like Mr. Hendrick has made some strong headway into the crime preceding the death of our client. For my crew,
the basis of this lawsuit is the company did not have proper security measures in place. The cameras were not working.
They did not work on a prior stabbing i.e. aggravated assault a few months before our incident. When we are looking at a
case like this one, we must establish that similar types of crimes had occurred creating the hazard that led to the tragic
death of our client. Then we must establish the property did not take proper remedial measures to try and prevent the
hazard from harming residents and lawfully protected invitees and guests. Our client was not a current resident, but had
lived on the premises and went to the location to help babysit a friend's child or children. On premises we are not solving
the murder in a messed up way; it may help our case if they are unable to locate or establish a potential suspect. I am
going to try and interview the security guard about why he left the location. He may be a named Defendant. He will
probably let us know some of the problems they had with managing the security. However, if he is a named defendant, he
will be much less likely to do so.

Mike I think one of the biggest issues was the camera system. It was not working and had it worked it may have made all
the difference. It may also be the reason that DeKalb is having trouble identifying the suspect.

Troy if you have the reports I think you set up a link for google drive could you send it to Sofia. Sofia look at the reports
and make a spread sheet or a similar equivalent indicating who the officers were and what crime they responded to on
each case. Give a brief description of the crime and the time and date it occurred. Sofia order all 911 calls made on the
cases (We have 3 years they hold the calls so this time sensitive) and what unit they are associated with in the case. I
have attached an affidavit from Officer Crego. We used this in our last premises case. If we can get the police to say
something similar then the hazard part of the case will be established.

Mike you are the guru at investigating all data. I want you to investigate the actual security measures used by the
apartment complex. Do a little brainstorming and we can chat tomorrow at lunch when we head to Henry afterwards on
Ford. I will get you the location and time of incident.

Guys this one could be a game changer. If there is no evidence our client was doing anything illegal we have a really
good case.

Lastly, Troy I wanted to know if you need me to reach out to the mother of our client's child to shore up our standing to
bring this action. She is close to Chip and I would explain to her this is all about setting her daughter up for her future.

Let's go kick some ass and take some names.

Sincerely,

Mike Maloof, Jr.

--
The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030

Tel 404-373-8000

Fax 404-378-3656
malooflawfirm.com

CONFIDENTIALITY NOTICE:  This e-mail and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.

 **Affidavit_Crego revised (Crego, Johnathan).docx**
19K

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

MARGIE THORNTON, as Personal, )
Representative of Anthony Cooley, )
Deceased, )
                                 )
   Plaintiffs, )
                                 ) Civil Action File No.
v. )
                                 ) 20A78801
ASHITA, LLC, 1101 N HAIRSTON RD )
LLC, QUICK STOP ENTERPRISES, )
INC., KIRTI PATEL, AND JOHN DOES )
NOS. 1-5 )
                                 )
   Defendants. )
                                 )

## AFFIDAVIT OF JOHNATHAN CREGO

NOW COMES, Johnathan Crego, Police Officer for the DeKalb Police Department, who

PERSONALLY APPEARED, before the undersigned officer duly authorized to administer oaths

in the State of Georgia, who after being duly sworn, deposes and states as follows:

1.

I am over 18 years of age and competent to testify under oath.

2.

I have worked for the DeKalb County Police Department as a police officer since 2014.

3.

I have personal knowledge of the persistent criminal activity occurring at N. Hairston and

Central Drive. Specifically, the Quick Stop Enterprises, Inc. (here in after referred to as Quick

Stop) at 1101 N. Hairston Drive.

4.

This criminal activity has been a constant issue the DeKalb County Police Department Tucker Precinct has been combatting since before my time with the county.  The Quick Stop employees have known of this problem as I have personally asked them numerous times to update the lighting, cameras, security, holes in the fencing and "no loitering" signs.

5.

During my time employed with DeKalb Police Department, I have worked in several specialty units.  One was a field operations unit called the FIT team, based in the Tucker precinct.  The FIT team conducted operations targeting problem areas associated with criminal activity in the community. I have also worked in the Neighborhood Enforcement Team or the NET unit and the CPU Community Policing unit.

6.

The FIT team and NET unit fielded countless calls and complaints from the citizens in the Central Drive and N. Hairston Road area about the gas stations located there.  The Quick Stop Gas Station is a business where a large amount of the criminal activity occurred at N. Hairston and Central Drive. The Quick Stop was and is still a hub for drug dealing and violent crimes conducted by gang members.

7.

The "Block Rich Gang" dealt drugs at the Quick Stop gas stations located at N. Hairston Road and Central Avenue.  This Gang is also known as the "Drug Rich Gang" and is associated with the gang "Gangster Disciples".

8.

This gang regularly "tags" the Quick Stop gas stations building and fencing area. These tags indicated the gas station was its territory. Members of this gang committed the extensive shootings, robberies, thefts, loitering, murders, fights, stabbings and drug dealing that have occurred at the Chevron and Quick Stop since the start of my employment with the county in 2014. This gang works in shifts at these locations dealing drugs, day and night. If this gang encountered a rival gang member in this area, a shootout was imminent.

9.

In order to deter this type of gang activity, the DeKalb County Police Department needed the cooperation of the businesses and property owners. In our day-to-day policing and specific operations, we received very little assistance from the employees of the Quick Stop gas station.

10.

When we began to conduct operations targeted at the drug dealing activity in the parking lot of Quick Stop the drug dealers moved their operations inside of the store. The Quick Stop employees did not notify us of drug dealing activity when it was going on in their store. The drug dealing occurred inside the Quick Stop directly in front of their employees. The only time we received calls from the Quick Stop was when someone was an actual victim of a violent crime. If a car was stolen or a person had been shot, attacked, robbed or killed, the Quick Stop would call us, but these were the only times I am aware of when the Dekalb Police received calls.

11.

I and other DeKalb County Police Officers had several dealings with the employees of
Quick Stop. I and other DeKalb County Police informed Quick Stop how to improve the safety
of 1101 N. Hairston Road. These improvements included replacing the outdated camera system,
improving lighting, posting signs to deter loitering, and repairs to any cuts in their fencing. They
were also asked to considering hiring security. These interactions between Quick Stop
employees and DeKalb Police Officers occurred prior to June 2018. These improvements were
not done.

12.

The cut holes in the fencing were a real problem, because we would need to bring in
several officers in order to arrest a known criminal or drug dealer. The holes allowed drug
dealers and other criminals quick escape to the apartment complex behind the stores. When we
approached the stores in patrol vehicles the suspects would simply exit the gas station parking
lots through the holes, and they would escape into the apartment complex.

13.

In our operations, we would set up several officers on the other side of the fence in the
apartment complex and when drug dealers or other criminal suspects ran. They would encounter
us on the other side of the fence. This required several officers, and the normal patrols were
made much less effective because of these holes.

14.

Everything described above including interactions with Quick Stop employees, occurred before June 2018. The problems described above have continued until present. Until very recently, the Quick Stop made no changes that I am aware of during my 7 years working in that precinct.

15.

This part of DeKalb County has some very nice homes in the immediate surrounding area, yet, the crime rates in other parts of the county are much lower. The area of N. Hairston and Central Drive has unfortunately, turned into 1 of the most dangerous areas in southeast America, primarily due to the negligence of the ownership of the 2 gas stations. If the in-action continues from these businesses, the location will continue its downward spiral of violent crime, causing more innocent civilians' to be hurt or killed.

_____
Affiant, Officer Johnathan Crego

Sworn to and subscribed before me
this, the _____ day of _____, 2021.

_____
Notary Public

# Exhibit 27

## Hendrick Email (Jul. 19, 2023)

 **Gmail**

Michael Sullivan <msullivanjrlaw@gmail.com>

___

### Re: Matthew Robinson | Update on ORR Submission and Cost
1 message

**Troy Hendrick <troy@hendrickhenrylaw.com>**                                Wed, Jul 19, 2023 at 10:47 AM
To: Michael Sullivan <msullivanjrlaw@gmail.com>
Cc: Troy Hendrick <troy@hendrickhenrylaw.com>, Mike Maloof <malooflawfirm@gmail.com>, Pumakawa Navarro <puma@hendrickhenrylaw.com>

Hi All,
I am cc'ing Puma here. I would appreciate if we can coordinate this effort with him because he manages organization of our case files.

I would like for him to get a full invoice of these expenses from Mike Sullivan, and then he can cause Margie to write a check to reimburse Mike Sullivan.

ADDITIONALLY:
I would like us to order reports for 3 years from the other multi-unit apartment dwellings that we saw yesterday. Not the "subdivisions" with town homes, but the other apartment complexes.
From those I would like for us to locate MVA thefts AND violent crimes, and then to assign them to the residential areas we saw.
This will allow us to identify any correlation between the locations that have the additional security measure of the gate and those that do not.

I can assign this to Puma but would prefer to pay Mike S for this task.

I'm unaware of the pay structure between Mike S and MMJ. But I suggest that Mike S charge the case on an hourly basis plus expenses, and invoice HandH Law Firm. Margie can pay those invoices, and we can assign them to the case.

All for now,
Troy

**Troy P. Hendrick | Partner | Personal Injury**
www.georgiapersonalinjury.lawyer
**Hendrick and Henry Law**
215 N. McDonough St.
Decatur, GA 30030
(770) 464-6275 (office)
(404) 919-2889 (direct)
(866) 305-9682 (fax)

# Exhibit 28

## Maloof Email (Jul. 27, 2023)

 **Gmail**

Michael Sullivan <msullivanjrlaw@gmail.com>

---

## Re: Westlaw
1 message

---

**Mike Maloof** <malooflawfirm@gmail.com>
To: Michael Sullivan <msullivanjrlaw@gmail.com>

Thu, Jul 27, 2023 at 8:59 AM

Also, I am proud of you for moving forward. I love having a brilliant law clerk that works for nachos and refuses to accept monetary payment, but you need something consistent with more opportunity. Come in I'm teaching Liban some stuff today. He would love to see you. He always has a better time when you are here. I think your assessment on Bruce's behavior is spot on. I also think what I said about Don is true. He is a really nice guy that does not like to get aggressive when it comes to conflict, unless he feels the other side is unethical. The last motion he had I saw that is where he had gotten to but only after it became clear to him how bad the discovery and deficiencies were thanks to Julia and your persistence. He is not afraid and very capable of handling it, but he does not like to be aggressive. It is just not his character. So go after Bruce if you want but Don was just not aggressive and scared truthfully about your potential incarceration based on what was offered.

Sincerely

# Exhibit 29

## Maloof Email (Nov. 16, 2023)

 **Gmail**

**Michael Sullivan <msullivanjrlaw@gmail.com>**

## Re: Checking In
1 message

**Mike Maloof** <malooflawfirm@gmail.com>                                                         Thu, Nov 16, 2023 at 6:10 AM
To: Michael Sullivan <msullivanjrlaw@gmail.com>

Buenas Dias, Bon Jour, Salut, and Good morning:

Good to hear from you Mike. Some of my friends said they enjoyed chatting with you at the wedding. They thought you
were my cousin. As for the the pending action in Gwinnett. I need to allow them to inspect your car. If you want, let's get
lunch tomorrow. Got a lot of irons in the fire. We should work together on the three civil cases. Two of which I would
propose a financial incentive for you. Obviously, your case but also the big premises case for the wrongful death. I would
propose a hefty technology and legal drafting fee for the proceeds to come from any settlement. I also think we should do
a motion for summary judgement on Bill Self on Manuel's, Fuster and Banda  Life is really good I got a rape, kidnapping,
and murder with some fun issues. Give me a ring today. The trip was just like being in a new world. It was amazing
very busy but phenominal. You can just google Nanci and Mike Maloof and it should take you to Zola where we are
registered. It will make Nanci happy so if you want to donate feel free it is certainly something for me I don't deserve or
desire any contribution from you other than what makes Nanci happy. It would score Brownie points with her as well. I
hope you are going to see your family over the holiday. Bonner is specially set the Monday after Thanksgiving and I think
I may actually go to trial on that one unless he wants to flip. I also think the following week may be a low level felony trial
in Fulton in the non-complex division over an altered VIN number and theft by receiving. Great guy, good defense, I want
to win for him.

SIncerely,

Mike Maloof, Jr.

# Exhibit 30

## Sullivan Email (Nov. 19, 2023)



## Re: Sullivan RPV LLC v Mulkey et al. Notice of Voluntary Dismissal

1 message

**Michael Sullivan** <msullivanjrlaw@gmail.com>                                        Sun, Nov 19, 2023 at 6:42 PM
To: Mike Maloof <malooflawfirm@gmail.com>

Thank you.
Please let me know what I owe you.
I really wish you would not have offered to do this and waste all that money on service of process only to do nothing.
Actually what you did was worse than nothing, you made me work on Banda / Fuster instead of this.

On Sun, Nov 19, 2023 at 6:12 PM Mike Maloof <malooflawfirm@gmail.com> wrote:
  Yes, will do.

  On Sun, Nov 19, 2023 at 12:58 PM Michael Sullivan <msullivanjrlaw@gmail.com> wrote:
    Hi Mike:

    Can you have your office file this for me on Monday, please?

    Also, please let me know what I owe you.

    - Sully

    --
    The Maloof Law Firm
    215 N. McDonough Street
    Decatur, GA 30030

    Tel 404-373-8000
    Fax 404-378-3656
    malooflawfirm.com

    CONFIDENTIALITY NOTICE:  This e-mail and any attachments contain information from The Maloof Law Firm and
    are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client
    communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is
    prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or
    any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall
    be created without an executed fee agreement or engagement letter. If you believe you have received this message
    in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and
    destroy any printouts.

# Exhibit 31

## Sullivan Email (Dec. 5, 2023)

 Gmail

Michael Sullivan <msullivanjrlaw@gmail.com>

## Re: STATUTORY ELECTRONIC SERVICE - SELF & SELF (as rep. for G. B. SELF) vs. MANUEL'S Inc., C. BANDA, & A. FUSTER; CAFN 2023CV374490 - Response to First ROGs & RPDs

1 message

**Michael Sullivan** <msullivanjrlaw@gmail.com>
To: Mike Maloof <malooflawfirm@gmail.com>
Cc: rluskin@chartwelllaw.com, Steveself2000@gmail.com

Tue, Dec 5, 2023 at 2:35 PM

Hi Mike:

I would like you to surrender your bar license so you cannot do this to anyone ever again.

But if you want to speak to my attorneys, please pass along your availability and I will see if they are available at the same time.
I will not be participating.

Thank you.

**Mike Sullivan**

(678) 372-3000

# Exhibit 32

## Maloof Email (Dec. 6, 2023)

 Gmail                                    Michael Sullivan <msullivanjrlaw@gmail.com>

## Let's Settle This
1 message

**Mike Maloof** <malooflawfirm@gmail.com>                         Wed, Dec 6, 2023 at 1:32 PM
To: Mike Sullivan <msullivanjrlaw@gmail.com>

Mike I needed a moment to calm down and think clearly. I have never been threatened with a lawsuit. Especially from someone I called a friend. You did some very good work for me and I want you to know that it was impressive. You caused headaches as well, but I said I would pay you when you started, and you refused. The reason for that is why we are here now. It creates resentments. The relationship was asymmetrical, but that was because the original reason for the arrangement was to get you out of your home for your sanity (at least that is what I thought). I will not say I didn't benefit from your help. You helped me in a time of need in the beginning and you did some excellent work on some cases. I would like to think I helped you especially in the beginning.

I will offer ▇▇▇. With two conditions payment will be made in two parts▇▇ next week and ▇▇ when we get a release that the court approves. The release will prevent all future claims and any grievances filed with the bar, no wrongdoing will be admitted as I believe this to be a misunderstanding and an improperly handled internship on my part. I need time to make sure I cover myself on any release given your tone and threats of making me bankrupt. I will need to draft some kind of settlement and get a qualified attorney to review for court approval, because of the Act you alluded to in your text.

If you agree to the terms or have a counter then please make it. Also do not write our dispute in an email where opposing parties are cc'ed. Your problem was with me, not Angelo and Carlos. If Don was emailing the State about you owing him money in your case you would have been livid. This is not for my sake, but for my clients. You said I was going to have to distance myself from you and you were right.

If we come to an agreement, great. If we do not, then that is your business and do what you have to do. I wish you had made your grievances to me in a different matter and earlier if you felt the way you have indicated. I need to move on and focus on helping the clients I am more qualified to help.

You are a talented individual and I hope you find some peace and a door of opportunity opens for you somewhere. I tried to be a good friend, and I misunderstood our relationship. I think I carried the initial relationship and verbal agreement as ongoing and I never addressed the changes after you no longer needed an excuse to leave your apartment. For this I do apologize and I think I should pay for my mistakes.

Sincerely,

Mike Maloof, Jr.

--
The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030

Tel 404-373-8000
Fax 404-378-3656
malooflawfirm.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.

# Exhibit 33

## Maloof Email (Dec. 8, 2023)

 Gmail

**Michael Sullivan <msullivanjrlaw@gmail.com>**

## I actually thought of something that maybe beneficial for us both
1 message

**Mike Maloof** <malooflawfirm@gmail.com>
To: Mike Sullivan <msullivanjrlaw@gmail.com>

Fri, Dec 8, 2023 at 7:18 AM

We can discuss it on my ride home, but a refund for 15K may be in order. I will explain on the ride and then I think ▇ for work performed on Fuster and Banda as an independent contractor. Moving forward we can just work out an hourly or flat rate for projects. On the other issues we can aht on the ride home and I was sorry to hear about the medical situation. I am a little cash strapped myself as I placed a large portion of my funds in investment accounts good timing in crypto and reits right now, but we can figure it out. The wedding, honeymoon and my absence for 3 weeks saw a dip. It will not be difficult to figure out though.

Sincerely,

Mike Maloof, Jr.

--
The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030

Tel 404-373-8000
Fax 404-378-3656
malooflawfirm.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.