# Exhibit 34

Sullivan Email (Dec. 8, 2023)



Michael Sullivan <msullivanjrlaw@gmail.com>

---

### Re: I actually thought of something that maybe beneficial for us both
1 message

---

**Michael Sullivan** <msullivanjrlaw@gmail.com>             Fri, Dec 8, 2023 at 7:30 AM
To: Mike Maloof <malooflawfirm@gmail.com>

Not to correct you, but just in case you speak to someone (as you mentioned) <u>so you come across as knowledgeable</u>. <u>See below.</u>

1. I *think* the comment regarding a release from the court is just a typo or copy/paste error, **because only in very limited circumstances would a court approve a release/settlement agreement where there is no pending action.**
2. **Interestingly Rule 9.2 prohibits agreements preventing bar claims.** News to me, but I don't know all of them. It does make sense as I can see the correlation between a settlement and abuse of such a condition. <u>Obviously that is not a concern here</u>. I'm sure there is another way to do it, it just hasn't struck me yet.

Full text:

- Proposed: *I will offer* ▇▇. *With two conditions payment will be made in two parts* ▇ *next week and* ▇ *when we get a release that the court approves.*
- **COMMENT: A court typically isn't involved in approving a release or settlement agreement and usually only necessary only when there is ongoing litigation.**

- Proposed: *The release will prevent all future claims and any grievances filed with the bar, no wrongdoing will be admitted as I believe this to be a misunderstanding and an improperly handled internship on my part.*
- **Prohibited by Ga. R. Prof. Cond. 9.2:** "A lawyer shall not enter into an agreement containing a condition that prohibits or restricts a person from filing a disciplinary complaint, or that requires the person to request dismissal of a pending disciplinary complaint."

Sincerely,

Mike Sullivan

(678) 372-3000

# Exhibit 35

Maloof Email (Dec. 15, 2023)



Michael Sullivan <msullivanjrlaw@gmail.com>

## Re: Will call after court manana
1 message

**Mike Maloof** <malooflawfirm@gmail.com>  Fri, Dec 15, 2023 at 8:08 AM
To: Michael Sullivan <msullivanjrlaw@gmail.com>

Mike it starts to after you get sleep deprived for a bit.  Game plan on the LLC is have lunch with you sometime next week to give you two different types of cases. A DUI run of the mill and Wooten if I have the data.  I want to do the refund for tax purposes for both of us this year as I think since the case resolved it would give no red flags.  I also think some of your writings and briefs should be part of the sale of the company.  We can get client permission, and then you can post the product.  I think this is a service that could really work.  I mean you get 10-15 clients that send you 10-15 cases on average a year and your fee average per transaction is 1500.00 500-1000 on a DUI or misdemeanor and 5K on average on the big cases with data.  Then you are looking at 150K to 250k in revenue with very little capital input, and trust me if the product and I know it will be is better work than what most attorneys are capable of doing will create an automatic response from most attorneys to say "shit I would just rather charge the client and have Mike do it."  This is where I am guilty of taking advantage of you.  I was just giving you stuff to add value to my cases for free and not billing the client for it.   People will pay more after they are happy with the work.  I am going to get the Wooten family to come up with an extra 3K to get started on big data analysis.  I will pay that to you as soon as it comes in and I got a DUI for you. I think I just got discovery will provide that as a test run.  On Fuster and Banda put together some interrogatories and motion for summary judgment since you started that one.  I will pay whatever we negotiate for compensation on that case.  I think this is a really good idea.  I will try and sell a couple of younger attorneys, Ben Githeya, and talk to Troy and Steve.  I can reach out to Christine in Gwinnett (top attorney out there who has a lot of control of the litigation in that area and get her to tell me if she is interested or can give me a few people that are interested.  I wish you hand't sued Bruce Harvey, because some of the people that would be interested in this on the big data are not going to be reachable until the product is established.

Sincerely,

Mike Maloof, Jr.

# Exhibit 36

Maloof Email (Dec. 18, 2023)



Michael Sullivan <msullivanjrlaw@gmail.com>

## Lunch This Week to Discuss further LLC and how to get things started
1 message

**Mike Maloof** <malooflawfirm@gmail.com>  Mon, Dec 18, 2023 at 7:11 AM
To: Mike Sullivan <msullivanjrlaw@gmail.com>

Mike I have two hearings today and have to go to the dealership so no dice on lunch. However, Tuesday, Wednesday, and Friday are wide open. Let me see if I can get the terabytes on Wooten and get the DUI testrun for you as well. I was going to write a check for a refund for the 15K because for both of us I think the tax purposes are advantageous (if this is unacceptable or you want to think about it let me. know). Second I think this could work but just like any venture I don't know the market and I am unique in how I do things. We can also figure out what is fair on Fuster and Banda. I also want you to know I didn't mean to take advantage of you. I know we have discussed this before. I wish we had both handled that differently. It came to a boiling point for bad communication. In the beginning we were in alignment and once your case ended I needed to recalibrate and that is on me. I hope you are doing well and I will call on the ride home. Scrambling to put together a constitutional challenge for this morning's bench trial. I did not read the discovery text thoroughly but I was on fumes. I had been on fumes the last two weeks getting ready for that immunity on Scott Jackson and two other pretty big hearings. Scott was a really good dude in a tough spot. State started to agree with me and then ultimately nolle prossed it two hours before the scheduled hearing. He was tearing up a bit in my office, because he knew how dangerous the case was for him and those are the types of cases that keep me going.

Sincerely,

Mike Maloof, Jr.

--
The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030

Tel 404-373-8000
Fax 404-378-3656
malooflawfirm.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.

# Exhibit 37

Maloof SMS (Feb. 26, 2024, 4:59 PM)



**Mike Maloof**

2/26/24

> Hah the cabal is a wicked crew the provider and cell is the same that he has now

> Thank you, Mike. Will be in your inbox by the time u arrive tomorrow. Or I can pump the brakes slightly and engage Liban if u want? Might not be a bad idea to have the ability to do it in house even tho I'd pay attorneys for privilege to subpoena! #jealousofcabal

> Let me get Liban on it just to teach him but pay you as well

> Let's get lunch tomorrow or Thursday

# Exhibit 38

Odyssey (Feb. 28, 2024)



Michael Sullivan <msullivanjrlaw@gmail.com>

## STATUTORY ELECTRONIC SERVICE - Notification of Service for Case: 23CR1379, State of Georgia vs. ORPHEUS ALEXANDER SUTTON for filing Defendant's Request to Charge, Envelope Number: 14419651

1 message

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>
To: msullivanjrlaw@gmail.com

Wed, Feb 28, 2024 at 2:22 PM



# Notification of Service

Case Number: 23CR1379
Case Style: State of Georgia vs. ORPHEUS ALEXANDER SUTTON
Envelope Number: 14419651

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | 23CR1379 |
| **Case Style** | State of Georgia vs. ORPHEUS ALEXANDER SUTTON |
| **Date/Time Submitted** | 2/28/2024 2:15 PM EST |
| **Filing Type** | Defendant's Request to Charge |
| **Filing Description** | Defendant's Request to Charge |
| **Filed By** | Michael Sullivan, Jr. |
| **Service Contacts** | THE STATE OF GEORGIA:<br><br>Simone Hylton (snhylton@dekalbcountyga.gov)<br><br>Garrett Emmons (gmemmons@dekalbcountyga.gov)<br><br>Other Service Contacts not associated with a party on the case:<br><br>W. Maloof, Jr. (mmaloofjrlaw@gmail.com)<br><br>MICHAEL MALOOF (AMELLIS407@GMAIL.COM)<br><br>Wanda Jackson (wejackso@dekalbcountyga.gov)<br><br>natali chiok (nmchiok@dekalbcountyga.gov)<br><br>ORPHEUS ALEXANDER SUTTON:<br><br>Katherine Forrest (keforrest@dekalbcountyga.gov)<br><br>Michael Maloof (malooflawfirm@gmail.com)<br><br>Michael Sullivan, Jr. (msullivanjrlaw@gmail.com) |

| Document Details ||
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. ||

# Exhibit 39

## Odyssey Email, Subpoena (Mar. 21, 2024)

 Michael Sullivan <msullivanjrlaw@gmail.com>

## STATUTORY ELECTRONIC SERVICE - Notification of Service for Case: 23CR1379, State of Georgia vs. ORPHEUS ALEXANDER SUTTON for filing Subpoena for Production of Documents, Envelope Number: 14605794

1 message

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>　　　　Thu, Mar 21, 2024 at 8:05 AM
To: msullivanjrlaw@gmail.com



# Notification of Service

Case Number: 23CR1379
Case Style: State of Georgia vs. ORPHEUS ALEXANDER SUTTON
Envelope Number: 14605794

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| Case Number | 23CR1379 |
| Case Style | State of Georgia vs. ORPHEUS ALEXANDER SUTTON |
| Date/Time Submitted | 3/21/2024 12:50 AM EST |
| Filing Type | Subpoena for Production of Documents |
| Filing Description | Subpoena for Production of Documents |
| Filed By | Michael Sullivan, Jr. |
| Service Contacts | Other Service Contacts not associated with a party on the case:<br><br>W. Maloof, Jr. (mmaloofjrlaw@gmail.com)<br><br>MICHAEL MALOOF (AMELLIS407@GMAIL.COM)<br><br>Wanda Jackson (wejackso@dekalbcountyga.gov)<br><br>natali chiok (nmchiok@dekalbcountyga.gov)<br><br>Freedom Wright (fdwright@dekalbcountyga.gov)<br><br>Gene Little (gelittle@dekalbcountyga.gov)<br><br><br>ORPHEUS ALEXANDER SUTTON:<br><br>Katherine Forrest (keforrest@dekalbcountyga.gov)<br><br>Michael Maloof (malooflawfirm@gmail.com)<br><br>Michael Sullivan, Jr. (msullivanjrlaw@gmail.com)<br><br>Sofia Barnett (sbmalooflawfirm@gmail.com) |

| | |
|---|---|
| | THE STATE OF GEORGIA: |
| | Simone Hylton (snhylton@dekalbcountyga.gov) |
| | Garrett Emmons (gmemmons@dekalbcountyga.gov) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |

# Exhibit 40

Maloof SMS (Feb. 28, 2024, 7:39 AM)



**Mike Maloof**

2/28/24

Wednesday, Feb 28 • 7:39 AM

Bitcoin baby I woke up and looked at the Coinbase. I enjoyed the help yesterday and take that check take it for Wooten and I will get money from them.

Fingers crossed for Patrick today if those goes well Manuel's Callahan and Sutton should be done by March April then if I can get Cannon done I have gotten all the huge headaches resolved from Covid early stages. Always enjoy our chats or better my monologues that you critique.

# Exhibit 41

Odyssey Email, Notice of Intent (Mar. 21, 2024)



Michael Sullivan <msullivanjrlaw@gmail.com>

## STATUTORY ELECTRONIC SERVICE - Notification of Service for Case: 23CR1379, State of Georgia vs. ORPHEUS ALEXANDER SUTTON for filing Notice of Intent, Envelope Number: 14605794

1 message

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud>  
To: msullivanjrlaw@gmail.com

Thu, Mar 21, 2024 at 8:05 AM



# Notification of Service

Case Number: 23CR1379  
Case Style: State of Georgia vs. ORPHEUS ALEXANDER SUTTON  
Envelope Number: 14605794

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | 23CR1379 |
| **Case Style** | State of Georgia vs. ORPHEUS ALEXANDER SUTTON |
| **Date/Time Submitted** | 3/21/2024 12:50 AM EST |
| **Filing Type** | Notice of Intent |
| **Filing Description** | Notice of Intent to Introduce Business Records |
| **Filed By** | Michael Sullivan, Jr. |
| **Service Contacts** | THE STATE OF GEORGIA:<br><br>Simone Hylton (snhylton@dekalbcountyga.gov)<br><br>Garrett Emmons (gmemmons@dekalbcountyga.gov)<br><br><br>ORPHEUS ALEXANDER SUTTON:<br><br>Sofia Barnett (sbmalooflawfirm@gmail.com)<br><br>Katherine Forrest (keforrest@dekalbcountyga.gov)<br><br>Michael Maloof (malooflawfirm@gmail.com)<br><br>Michael Sullivan, Jr. (msullivanjrlaw@gmail.com)<br><br><br>Other Service Contacts not associated with a party on the case:<br><br>W. Maloof, Jr. (mmaloofjrlaw@gmail.com)<br><br>MICHAEL MALOOF (AMELLIS407@GMAIL.COM)<br><br>Wanda Jackson (wejackso@dekalbcountyga.gov) |

| | natali chiok (nmchiok@dekalbcountyga.gov) |
| | Freedom Wright (fdwright@dekalbcountyga.gov) |
| | Gene Little (gelittle@dekalbcountyga.gov) |

| Document Details ||
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. ||