UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL E. SULLIVAN, JR.,<br><br>    Plaintiff,<br><br>        v.<br><br>W. MICHAEL MALOOF, JR.,<br>d/b/a THE MALOOF LAW FIRM,<br><br>    Defendant. | Civil Action No.:<br>**1:25-cv-02006-JPB** |

## CERTIFICATE OF CONSENT TO WITHDRAW AS ATTORNEY

Pursuant to N.D. Ga. Local Rule 83.1(E)(3), the undersigned counsel for Defendant W. Michael Maloof, Jr. ("Defendant") submits this Certificate of Consent to Withdraw as counsel for Defendant. The undersigned has advised Defendant of the items set forth in Local Rule 83.1(E)(2)(b)(B) through (H). As evidenced by the below signature, Defendant consents to the requested withdrawal.

Respectfully submitted, November 12, 2025.

**Withdrawing Attorney:**

*/s/Chadwick L. Williams*
Chadwick L. Williams
Kabat Chapman & Ozmer LLP
171 17th Street NW, Ste 1550
Atlanta, GA 30363
404-400-7306
Fax: 404-400-7333
Email: cwilliams@kcozlaw.com

**Client:**

*/s/W. Michael Maloof, Jr.*
W. Michael Maloof, Jr.
215 North McDonough Street
Decatur, GA 30030-3319
Phone: 404-492-5104
Email: malooflawfirm@gmail.com

1

2

## **RULE 7.1(D) CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

Dated: November 12, 2025.

*/s/ Chadwick L. Williams*
Chadwick L. Williams

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on November 12, 2025, a copy of the foregoing was served upon Plaintiff *pro se* via electronic mail and U.S. mail to the following:

Michael E. Sullivan, Jr.
3324 Peachtree Road NE, Unit 1405
Atlanta, Georgia 30326
msullivanjr@gmail.com

              */s/ Chadwick L. Williams*
              Chadwick L. Williams