UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 12 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MICHAEL E. SULLIVAN, JR.,

    Plaintiff,

v.

W. MICHAEL MALOOF, JR.,
d/b/a THE MALOOF LAW FIRM,

    Defendant.

Civil Action No.:
1:25-cv-02006-JPB

**JOINT STATUS REPORT REGARDING MEDIATION PURSUANT TO DOC. 23**

Pursuant to the Court's Order of July 31, 2025 [Doc. 23], Plaintiff *pro se* Michael E. Sullivan, Jr. ("Plaintiff") and Defendant W. Michael Maloof, Jr. ("Defendant") (collectively, "the Parties") file this, their Joint Status Report Regarding Mediation.

1. On July 31, 2025, the Court referred this case to mediation and ordered the parties to "provide the Court with a status update indicating whether the case has resolved" within seven days of the mediation's conclusion. [Doc. 23]. Discovery was stayed pending mediation. [Doc. 22].

2. Plaintiff filed his Motion for Leave to File a First Amended Complaint [Doc. 29] on August 28, 2025. This motion was fully briefed on September 29, 2025 [Doc. 31] and is ripe for review.

3. The Parties participated in a full-day mediation facilitated by United States Magistrate Judge Regina D. Cannon on October 30, 2025. [Doc. 32].

4. The Parties were unable to reach an agreement during mediation which remained open pending consideration of a mediator's proposal. [Doc. 32].

5. On November 5, 2025, Judge Cannon advised the Parties that the mediation was unsuccessful, concluding the mediation.

6. As the Parties have not reached a settlement, pursuant to the Court's Order of July 31, 2025, "the discovery period will open for a period of four months." [Doc. 23].

7. Plaintiff respectfully requests a ruling on his pending Motion for Leave to Amend.

Respectfully submitted this 12th day of November, 2025.

| *Prepared by:* | *Filed with the consent of:* |
|---|---|
| /s/ Michael Sullivan | /s/ Chadwick L. Williams |
| Michael E. Sullivan, Jr. | Chadwick L. Williams |
| 3324 Peachtree Road NE, Unit 1405 | Kabat Chapman & Ozmer LLP |
| Atlanta, GA 30326 | 171 17th Street NW, Ste 1550 |
| (678) 372-3000 | Atlanta, GA 30363 |
| msullivanjr@gmail.com | 404-400-7306 |
| | Fax: 404-400-7333 |
| | Email: cwilliams@kcozlaw.com |
| Plaintiff *pro se* | *Attorney for Defendant* |

## FONT AND POINT CERTIFICATION

The undersigned Plaintiff hereby certifies that the within and foregoing **JOINT STATUS REPORT REGARDING MEDIATION PURSUANT TO DOC. 23** was prepared using Century Schoolbook, 13-point font in accordance with LR 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that I filed the **JOINT STATUS REPORT REGARDING MEDIATION PURSUANT TO DOC. 23** with the Clerk of Court by personal delivery and a true and correct copy of the foregoing was served upon Defendant's counsel by:

(1) depositing the same in the United States Mail, first class postage prepaid; and

(2) electronic mail;

both addressed as follows:

> Chadwick L. Williams, Esq.
> Kabat Chapman & Ozmer LLP
> 171 17th Street NW, Suite 1550
> Atlanta, Georgia 30363
> CWilliams@kcozlaw.com.

This, the 12th day of November, 2025.

*/s/ Michael Sullivan*

Michael E. Sullivan, Jr.,
Plaintiff *pro se*

3324 Peachtree Road NE, Unit 1405
Atlanta, GA 30326
(678) 372-3000
msullivanjr@gmail.com