# Exhibit 1

$1.87M Settlement (Jun. 21, 2023)

 **ALM LAW.COM**

Page Printed From:

https://www.law.com/dailyreportonline/2023/06/21/how-dekalb-attorneys-leveraged-criminal-defense-connections-in-1-87m-premises-liability-settlement/

f in 🐦 🖨 ✉ ©

NOT FOR REPRINT

## How DeKalb Attorneys Leveraged Criminal Defense Connections in $1.87M Premises Liability Settlement

Andrew Lynch was familiar with the area from his early days as a criminal defense attorney. Co-counsel Mike Maloof described it as "a war zone."

June 21, 2023 at 05:57 PM

Premises Liability



**Alex Anteau**

f in 🐦 🖨 ✉ ©

- Plaintiff's counsel said the case was tricky because the shooting in question took place between two properties, across an intersection.
- The area had been a problem for local law enforcement for years and police eventually provided testimony on the case.
- The case settled before trial, after defense counsel withdrew.

Personal injury lawyer Andrew Lynch and criminal defense attorney Mike Maloof recently secured a $1.87 million settlement in a DeKalb County State Court premises liability case.

Maloof said the plaintiff, a mother whose son was killed during a turf war between two gang members that spanned two gas stations in Stone Mountain, Georgia, "had just about given up on trying to find an attorney" when she brought her case to him.

The case was tricky because the deceased, a bystander, was killed in the crossfire between two gas stations on opposite sides of an intersection. However, Maloof said the family left a good impression on him and he was familiar with the area through his criminal defense work.

"I thought there may or may not be something there, but given what had happened and what [the family] described, it was definitely worth looking into," Maloof said. Lynch echoed this sentiment, and after the two did some digging Maloof came to describe the area as "a war zone."

In short, Maloof's instincts were right on the money. "The further we looked into it, really truthfully the case got better and better," Maloof said. "In premises cases, there are so many different grounds that can prevent any type of recovery, and as we went further and further into the case, it became more and more apparent that the typical outs in a premises case for a defendant were less, less than less available."

"The incident reports literally read like a novel," Lynch said.

With institutional knowledge of the county and their past experiences, the duo knew exactly where to look for the materials they needed to bring their case. "The interesting thing about criminal defense is that you know where all the information is," Lynch said.

"We went down and just knocked on the front door of the Tucker precinct, and a sergeant came out and he was a guy that we've known from the criminal court years before and, and he pretty quickly put us in touch with the officers who had first-hand information of telling the gas station that they had issues with gangs," Lynch said. "[They] eventually sat for depositions in the case and really helped us build the actual knowledge of the defendants' criminal activity at their premises."

John Blair of Levy, Sibley, Foreman & Speir represented the defense. According to his motion to withdraw, continued representation of the client would have violated the Georgia Rules of Professional Responsibility. Blair said, "The case settled—there isn't much more to it really."

The plaintiffs say they are happy with the outcome.

"[Our client is] a wonderful lady that never really had much of an interest in financial gain. Frankly, she wanted to settle the case without having to go to court but also was willing to let us go to trial," Lynch said. "She wanted the gas station closed and the gas station is now underground."

"[The family] was so delightful to [work] with," Maloof said. "If every client was like them, this would be the greatest job on the face of the earth."

The case is *Thornton v. Quick Stop Enterprises*, No. 20A78801, in the state court of DeKalb County.

Read an affidavit from the case below.



IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

MARGIE THORNTON, as Personal,
Representative of Anthony Cooley,
Deceased,

    Plaintiffs,

v.

ASHTA, LLC, 1101 N HAIRSTON RD
LLC, QUICK STOP ENTERPRISES,
INC., KIRTI PATEL, AND JOHN DOES
NOS. 1-5

    Defendants.

Civil Action File No.

20A78801

AFFIDAVIT OF JOHNATHAN CREGO

NOW COMES, Johnathan Crego, Police Officer for the DeKalb Police Department, who

PERSONALLY APPEARED, before the undersigned officer duly authorized to administer oaths

in the State of Geor    Page    5    /    5        lows:

1.

NOT FOR REPRINT

Copyright © 2023 ALM Global, LLC. All Rights Reserved.

# Exhibit 2

## Maloof Email (Apr. 24, 2024)

 Gmail                                                    Michael Sullivan <msullivanjrlaw@gmail.com>

## Re: Lunch This Week to Discuss further LLC and how to get things started
1 message

**Mike Maloof** <malooflawfirm@gmail.com>                                    Wed, Apr 24, 2024 at 12:54 PM
To: Michael Sullivan <msullivanjrlaw@gmail.com>

If we collar it and make it confidential I am fine. My offer really was ██ in a structured type settlement. I know I can pay ██ in 30 days and ██ later this year and ██ before the middle of next year absent some type of financial collapse. My rational was as follows:

1) I know I can do it financially a number much larger all at once could bankrupt me because insurance doesn't cover labor disputes just malpractice;
2) 30 is what I would have paid a law clerk that worked part time for a year and 3 months (24 hours a week at 20 an hour) you started around the end February or beginning of March of 2022 worked for a year on and off and returned shortly after the trial that never happened for about 6 months. You vanished a few times in there for a bit so I calculated 15 months at 2K a month and we get to 30K and I figured 10K more would be owed for the additional work you did this year and costs you incurred helping me and my clients during that time;
3) I think given the change in circumstances from when you started and after your charges were dismissed made things different, but I did not follow the law and had no idea I was breaking it or that you felt the way you did until after you brought it to my attention. I wanted to pay you in the beginning and you refused. I did not offer again if my memory serves me correctly. Once your case was over I just took it for granted. I wish we had just paid at the beginning that way this would never have happened.
4) I want everything to be amicable. I think there is a lot of stuff I don't want to come out for both of us even at an arbitration. I am ashamed that I did not recognize you felt the way you did and it was not my intention to take advantage of you and abuse your help.
5) I did the same thing Ford did. I assumed Mike has plenty of money and he likes doing this stuff so I don't need to pay him. It is like a hobby and he is a rich white guy. I didn't think exactly like that when I was doing it but reflecting back on it I did see it that way (Mike is wealthy I am not and he likes having something to do). I think that was more unconscious than conscious. I don't like screwing people over, and I just never recalibrated or thought about what your thoughts were regarding the money. I can be selfish sometimes and I should have asked.
6) Anything more than ██ structured the way I laid out would affect other people in my life. I don't want them to pay for my mistake. So I thought this was fair under all circumstances.

Sincerely,

Mike Maloof, Jr.

# Exhibit 3

Maloof SMS (Jan. 20, 2022)



# Exhibit 4

## Sullivan Email (Feb. 4, 2022)

 Gmail

Mike Sullivan <msullivanjr@gmail.com>

## Re: Mike Sullivan OL.docx
1 message

**Mike Sullivan** <msullivanjr@gmail.com>                                                    Fri, Feb 4, 2022 at 1:50 PM
To: malooflawfirm@gmail.com

Mike,

**Please discard the first version and use the attached instead ("rev2")**.  I found several immaterial errors that warranted correction.  My apologies for the multiple emails.

Best Regards,

Mike Sullivan

(678) 372-3000 |  (678) 744-6028 |  msullivanjr@gmail.com


On Fri, Feb 4, 2022 at 12:58 PM Mike Sullivan <msullivanjr@gmail.com> wrote:

Mike,

Here is my **first cut** at creating an offer letter (I *assume* this is the "draft of the letter [Mike Maloof] will write to document his agreement to have you work in his office" **mentioned by Don in his SMS to me this morning**).

I think it is what he is looking for, but also was not a party to that discussion.  I started drafting this earlier this week assuming it may be needed – it is decent – but also warrants your professional review.  I made numerous assumptions that are explicitly your call to make. Candidly, I feel as though I'm overstepping here, but I doubt you see me "lending a hand" as such.  That being said, I'm happy to assist with amending as you see fit, e.g. if you are driving and want to dictate amendments, that works for me.

**Thank you so very much.**

NB:  Metadata wiped as discussed.



Best Regards,

**Mike Sullivan**

(678) 372-3000 | (678) 744-6028 | msullivanjr@gmail.com

 **Mike Sullivan OL 020422 clean rev2.docx**
109K

# THE MALOOF LAW FIRM

215 North McDonough Street • Decatur, Georgia 30030
Phone: (404) 492-5104

February 4, 2022

Mr. Michael E. Sullivan, Jr.
3324 Peachtree Road NE, Unit 1405
Atlanta, Georgia 30326

RE:  The Maloof Law Firm Employment Offer

Dear Michael,

I am pleased to formally extend in writing and confirm your verbal acceptance to the offer of employment with The Maloof Law Firm ("the Maloof Firm").

## Section 1. Employment and Duties

### 1.1 Employment
This letter will confirm the terms and conditions of the Maloof Firm's offer to employ you as *Legal Clerk* reporting directly to myself, but in a dotted-line relationship to my partner, Mr. Gunner Pak.

### 1.2 At-Will
Your employment relationship with the Maloof Firm will be at will. This means that you will not be employed for any specified term and that both you and the Maloof Firm may terminate the employment relationship at any time, with or without notice. Furthermore, this "at will" relationship cannot be changed by any person, statements, acts, series of events, or pattern of conduct, but only by an express individual written employment agreement signed by myself and you which expressly changes this "at will" relationship.

### 1.3 Start Date:
Your start date is anticipated to be as soon as practically possible and as legally allowed.

### 1.4 Full time.
The Legal Clerk shall devote full working time and attention to supporting the Maloof Firm's practice of law.

### 1.5 Duties.
The Maloof Firm shall determine the duties to by performed by the Legal Clerk and the means and manner by which those duties shall be performed.  Initially, those duties shall include, but not be limited to:

(1) The preparation of legal drafts;
(2) The assembly and organization of information of legal forms and documents;
(3) The diligent research and study of relevant law, statute, and court decisions;
(4) The preparation of legal memoranda;
(5) The collection and organization of case materials such as reports and evidence;
(6) The preparation of trial briefs, exhibits, and motions;
(7) The maintenance of court calendar dates and hearings;
(8) As well as administrative tasking answering the phones, managing office supplies, filing, and greeting guests.

1.6 <u>Performance of Duties</u>.
As a Legal Clerk you shall perform your assigned duties and responsibilities in a professional manner, in good faith, and to the best of your skills, abilities talents, and experience.

## Section 2. Compensation

### 2.1 <u>Salary</u>
Your annual salary will be $14,500, payable on a bi-weekly basis, less applicable payroll taxes and withholding, in accordance with the Maloof Firm's normal payroll practices. Additionally, this position is considered "exempt" according to the Fair Labor Standards Act (FLSA) and is therefore not eligible for overtime pay.

### 2.2 <u>Vacation</u>
You will be entitled to two (2) weeks of unpaid leave per year; however, your vacation will be scheduled at such time as will least interfere with the business of the Firm.

## Section 3. Work Location

### 3.1 <u>Office</u>
You will primarily perform your employment duties at the office of the Maloof Firm, located at 215 North McDonough Street, Decatur, Georgia 30030.

### 3.2 <u>Limited Travel to Perform</u>
It is acknowledged and understood that the Maloof Law Firm will require you to travel within the Atlanta Metro area, during normal business hours, but only for purposes explicitly related to your duties supporting the Maloof Firm's practice of law.

### 3.3 <u>Reimbursement of Expenses</u>
Where performance of your duties requires such limited travel, the Maloof Firm shall reimburse all reasonable and necessary expenses incurred, provided, however, that a detailed account of such expenses is provided to the Maloof Firm.

## Section 4. Miscellaneous

### 4.1 <u>Attending to Personal Matters</u>
The Maloof Law Firm extends this offer of employment aware that, from time to time, personal matters of extreme importance and related to you your future will require your attention during business hours.

### 3.3 <u>Discretion</u>
When the need arises to attend to such matters you may do so while at the Maloof Firm office, subject to the following conditions: (1) you ensure that another Maloof Firm employee is available to attend to your duties; (2) you attend to those personal matters behind closed doors in a vacant conference room or other area at the Maloof Firm Office; and (3) no resource of the Maloof Firm is utilized to attend to those matters, where those resources shall include, but not be limited to internet access, computing resources, or legal research tools such as Westlaw.

### 3.4 <u>Separation of Personal Matters</u>
You are expected to erect a firewall between your personal matters and the Maloof Firm's practice of law and shall not breach that firewall under any circumstances.

## Section 5. Validity
The invalidity or unenforceability of any provision or provisions of this Agreement shall not affect the other provisions, and this Agreement shall be construed in all respects as if any invalid or unenforceable provisions were omitted.

**Section 6. Entirety of Agreement**

This offer letter, together with any agreements referenced herein, sets forth the entire agreement between you and the Maloof Firm with respect to its subject matter and supersedes all prior or contemporaneous oral or written promises, representations or understandings regarding your employment with the Maloof Firm.

By signing this offer letter, you represent and warrant that you know of no reason that you cannot legally accept this offer of employment and that you are not a party to any agreement with a former employer containing any post-employment restrictions on competition, disclosure of information or employment that would impair or limit your ability to become employed by the Maloof Firm or to perform the duties described in this offer.

Your signature below is your acceptance of our offer of employment and the terms of this letter agreement. No modification to this letter prior to your start date shall be valid unless in writing, addressed specifically to you and signed by the Maloof Firm. Your employment is contingent upon your signing this offer letter and returning it to the Maloof Firm.

I look forward to welcoming you to the Maloof Firm. Please let me know if you have any questions.

Sincerely,

/s/ Michael Maloof, Jr.
Mike Maloof, Jr.
The Maloof Law Firm, Managing Partner

ACCEPTED AND AGREED TO:

By: _____

    Michael E. Sullivan, Jr.

Date: _____

# Exhibit 5

Maloof Email (Feb. 15, 2022)



Mike Sullivan <msullivanjr@gmail.com>

---

## Re: Welcome To Our Blog
1 message

**Mike Maloof** <malooflawfirm@gmail.com>                    Tue, Feb 15, 2022 at 8:36 AM
To: Mike Sullivan <msullivanjr@gmail.com>

Mike, Valentine's Day was great. I was more romantic than usual. That sounds like a great topic. If you drafted something then I think we can post it. Keep track of any hours you do some work. I have an interesting motion to perform on a civil case. If you want the details I can get them to you. Looking forward to getting you in her. We got a lot going on at the moment.

Sincerely,

Mike Maloof, Jr.

On Mon, Feb 14, 2022 at 8:01 AM Mike Sullivan <msullivanjr@gmail.com> wrote:
How often do you come across failure to disclose Brady material (other than every case)? Where you could meet "your" burden for relief?
https://www.malooflawfirm.com/blog/  I think it might be a fun blog entry.

Hope you had a good weekend and don't forget today is Valentine's Day so you need to send your gal (Nancy, right?) some flowers ;)

Best Regards,

**Mike Sullivan**

📱 (678) 372-3000 | ☎ (678) 744-6028 | ✉ msullivanjr@gmail.com

--
The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030

Tel 404-373-8000
Fax 404-378-3656
malooflawfirm.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.

# Exhibit 6

Maloof Email (Nov. 27, 2023)

 Gmail

Michael Sullivan <msullivanjrlaw@gmail.com>

---

## Call me this afternoon at 5 we will file the dismissal

1 message

**Mike Maloof** <malooflawfirm@gmail.com>
To: Mike Sullivan <msullivanjrlaw@gmail.com>

Mon, Nov 27, 2023 at 6:53 AM

Mike I am sorry you feel the way you do.  Upon reflection I can see where you are coming from, I became very thoughtless with my requests of you. I don't like to abuse or use my friends for my own profit.  It really was my thought process to have you help with civil cases in the idea that someday you would want to make this a career and to discuss options moving forward.  I know how smart you are and I thought you enjoyed doing the work.

I was simply giving you some work I thought you would take an interest in performing.  If you want me to proceed on the diminished value case, then I am happy to do it.  If not, I will file the dismissal today.  I will pay the expenses you incurred in performing the work for my clients.  I will here you out on the basis for your claim of unjust enrichment.  I thought this was an unpaid internship and I valued our time talking together about a myriad of topics.  I wish you had just told me that you felt the way you did in your more recent emails and the specific text you sent last Wednesday.  I hate it, but I can't always read what others are thinking and your emails made me think about my requests.  I don't think they were numerous or anything crazy, but I didn't express much appreciation when you performed the work.  Some of this is just where we both are in our lives.  I am playing fireman and you are putting your life back together.
I try my best and juggle a bunch of balls in the air and sometimes I take the easy road and ask others to help me on projects I am not familiar with and don't have a bunch of time to dedicate to doing.
I thought you wanted me to supervise your diminished value case and kept you posted on the activity of the case.  I was the attorney of record and handling calls and conveying the messages sent from the two other attorneys and adjuster involved.  You knew your case like the back of your hand and I thought you wanted to run point and me to simply make sure an attorney with some level of competence was overseeing the filings.
If you feel the way you do about the recent developments in our relationship then I will do what I think is fair and what I am capable of doing.  I am here early this morning if you want to call and chat.  The situation appears so soured that I think the best option is for us to part ways.  If I am so off in my perceptions of what is going on in our relationship, I need to learn this civil stuff on my own anyway.
Just let me know if you are up and reading this now is a good time for a call.  I have to go answer a calendar call in FUlton at 9:00 and I have another virtual hearing this afternoon.  If you want it filed this morning then call and tell me or send a text.

Sincerely,

Mike Maloof, Jr.

--

The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030

Tel 404-373-8000
Fax 404-378-3656
malooflawfirm.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.

# Exhibit 7

Maloof Email (Jun. 10, 2024)

 Gmail

Michael Sullivan <msullivanjrlaw@gmail.com>

## Re: Letter Regarding Unpaid Wages, Ethical Concerns, and Impending Litigation
1 message

**Mike Maloof** <malooflawfirm@gmail.com>
To: Michael Sullivan <msullivanjrlaw@gmail.com>

Mon, Jun 10, 2024 at 7:39 AM

Mike,

I hope you enjoyed your birthday. I will make two different offers. We can do the binding arbitration with a high low or you can accept the ▇ in the three installments ▇ within 30 days of acceptance, ▇ by October 31, 2024, and ▇ by the end of March of 2025. Your allegations in your letter are your perception of the events and you are entitled to them.

For Clarification from my perspective: I was not trying to take advantage of you from my perception. I was asked by your mother to reach out and check on you early in 2022. She was worried about you being in your home under house arrest and your mental health. I cannot remember if we even discussed you working for me (I am pretty sure the thought came up but I just can't remember). I called you and discussed your circumstances and we made arrangements to help you get out of your home, and work with me. I offered payment of 10 dollars an hour at the outset to prevent this kind of rift and animosity. It was not brought to my attention the way you felt until right before Thanksgiving of last year 2023. I have tried to write you checks for work performed since. You have refused payment.

The painting of me as unethical towards you and a selfish human being is not something I take lightly or am in agreement.

I was asked by a mother to help her son who was struggling being stuck in his home on house arrest. She was concerned about your well being. I had always liked you and I truly wanted to help. I told your mother I would give you a call and we decided to see if we could get you out of that house via employment. I offered a paid internship and you said you wouldn't take money. I believe I said I prefer to pay people in order to prevent resentments, and truly it makes people feel a greater level of responsibility. You were not interested and seemed happy to just get out of the house.

As to the greed aspect i.e. free labor I pocketed profits from your hard work, that you believe was the motive for me employing you: I offered to pay what I have done on other internships (while I have had only two)10 dollars an hour. It was turned down by you not because you were asking for more but because you would not take the money. You went out of plan to the tune of around 4K on the Westlaw. It happened on two or three occasions and the amount is an estimate not 4K each time. You offered to pay and I refused. While I was frustrated I let it go and said just stop doing it. I believe I said there is no way I can take your money if I am not paying you.

You offered me over a million at one point to take your case. This is when you were in a particularly vulnerable position and the trust in me was something I did not take lightly, in your darkest hour in a desperate spot it would have been wrong to have taken it for a myriad of reasons, This is not what a greedy lawyer would do. Plus if I lost the case I would have been devastated. I refused it on two occasions, and said truthfully I could not take the emotional blow if I lost.

I did offer when I thought you had fired Don which I never advocated for you to do, and discouraged you from doing it. I was bombarded again by family members. I certainly did not ask for a million dollars, but I did not want you to go it alone. Also this is contrary to what Julia believed (she was not nasty but very unhappy with me for a minute). Her belief was based on a phone call I made asking if she felt Don was on top of the case, and doing a good job. This call was made to her after you were extremely frustrated with his performance and vented to me. You had then sent a joking communication firing him. I offered to reach out to your ex to see if I could help get her to work with your attorneys on your case. I was told not to do so. I fielded calls with your mom about concerns regarding you on several occasions. These were not easy. She loves you and cares about you. The same is true from Julia (only on a few occasions). I took calls from Don and Amanda. I was really trying to help you stay sane in a difficult time.

Ethics Concern:

I was asked by your mother; your attorney who is considered the best in the business, and a few other people (Julia, I think Amanda) to speak to you to encourage you to take the probation offer and I was not privy to the asymmetric information you possessed. You told me given what I knew at the time it was the right recommendation after it was over. I did not review the discovery. I was told bits and pieces about it from multiple parties. Specifically, you on many occasions. I told you to stick with the attorney you had at the time of the trial who had gotten the discovery. I just don't see this as unethical. I was not thinking of my wallet, but of your possible incarceration. It was a risk reward assessment and a fear you could go to prison. How would I have known the State was going to dump the case for

certain and you were not happy with the defense that was going to be put forward. You told me you were not going to testify and I thought if she shows it will be tough. I have heard from many Defendants the other party isn't coming and then they do and it is a game changer.

As to Sutton I had read the hard copy and again your invoice didn't ask for money just gave me hours. I had not read the invoice, but if you had asked for compensation we were at the point I would have given it. I am not a mind reader.

If you want to take one of the proposed offers then let me know but don't contact me for reasons other than the proposals. No one has ever made allegations like this against me. So I promised I would respond to your letter I have now. As far as Sutton, if you had asked for payment I would have paid you for it. I had you in my office on one occasion earlier in the year and I was trying to write you a check for the Wooten Case and I believe another.

I have tried to pay you and turn this around since I found out your feelings which happened right after my return from my honeymoon. I have told you my mistake in this arrangement, but you had never communicated your frustrations to me until then. I found out your feelings with accusatory text messages right before Thanksgiving. I thought about your position and told you to not talk to me via accusatory texts. Once you simmered down I again tried to pay 15K at the end of 2023, not as full and final settlement but as an attempt to show I took it seriously and had some money to pay and it would have made good sense for both our tax purposes.

Your timeline fails to indicate the 4 years after you left our services you went with Ken Hodges and Jay Tom Morgan. They did not do a good job according to you (Not much argument from me). You asked what I would do if I found myself in your situation and I gave you what I thought were the best attorneys to handle the case. You took my advice and hired two of the best by reputation. I did not hear much until after your mother called me very concerned about your well being. It also makes it sound as if the employment was continuous and consistent. You vanished after the Ford case. You left to focus on your trial as you should have done so. You could not come to the office after certain comments were made to Sofia by your own choice not mine.

I did have a gap in an assistant. It truly started at the beginning of 2022. Gunner's father was sick in the hospital, my paralegal began to call in every week for over half her work days with fibromyalgia starting in January of 2022. I needed a secretary mainly to answer the phones and do the filings. I was reluctant to hire a secretary not out of greed but for fear I would make another bad hire. I had just gone through two individuals and didn't want to make another mistake. Sofia was hired part time in the middle or end of August 2022 her hiring was done for a couple of reasons. I knew her mother and she had worked for us before. The hire was made when you ghosted the firm. Ford proceeded and we did not hear from you for a while. I think the number of hours worked, especially on secretary matters, was not a huge amount. You did file documents and occasionally answered the phone, but I never called you my secretary but my law clerk.

I was not asking you to be a secretary. I believed you were better analytically. When you did this work it was very good, but you weren't coming in early to answer a phone and to be a secretary. You also were struggling with depression and having a hard time getting out of bed. You missed a lot of days. I spoke to help family concerns with several members. I also would not tell them information you did not want disseminated. I made it easier for your mother because I would say things that let her know you were just processing information, and physically alive and ok. When your dog Bow passed I tried my best to say what I knew to say in that kind of situation. There are no words that can fix this. It is just a process you must go through. When you wanted Gunner to throw me a bachelor party, you didn't show, but not only did you not show, you didn't answer the phone. I had to apologize to the guys that planned the party for me.

If you want to take one of the proposed offers then let me know but don't contact me for reasons other than the proposals. No one has ever made allegations like this against me. So I promised I would respond to your letter I have now. As far as Sutton, if you had asked for payment I would have paid you for it. I had you in my office on one occasion earlier in the year and I was trying to write you a check for the Wooten Case and I believe another. You have never asked instead you send me things like would you consider your representation of him as abandonment. Why did you not try and withdraw for payment? One of the reasons is that every time we try to withdraw for lack of payment, clients come in and beg for a payment plan, and the courts, because they are overwhelmed, don't sign the orders quickly. I knew Sutton's behavior was typical of many defendants. He wanted it to go away. He pulled the old ostrich defense as I knew he had money to pay he just couldn't believe this was happening. He then showed up to my office heavily intoxicated to go over his case. I had to give him water and get him an Uber or he got it I can't remember. His case is not on a pretrial calendar. We have gotten notice and I have plans on how to move forward. I have to work on two other pressing matters this week.

Since the outset of your frustration I have tried to figure something out. You just weren't sure how you wanted to do it. The high low was instigated by you and was a smart option when the business venture lost relevance. I just don't know this law and I should have been more engaging in creating a high low. I am struggling. If it makes you feel better this has put a strain on my relationship with Nanci. I don't want you to think I take this lightly and if it makes you feel better it has bothered me to my core. I know you feel betrayed, but I also feel betrayed. I did my best and I never asked you to work for free. I now get those weekend texts and texts right after my honeymoon that are very accusatory and your opinion. I never talked to you like that. When you made mistakes I communicated them to you and let it go.

As to taking advantage of you when you were in a bad place. I was just trying to help you get your head together. We talked at length about your case, and I gave you feedback. We laughed about a lot of different cases and the craziest world we have ever seen. I am sorry it got to this but a phone call saying hey can you pay for Sutton or lets determine a high low may have fixed the problem. I did say that resolution would create animosity.

I did think the business idea we had was a good idea. I am sorry you are pissed, but I can't read your mind and quite frankly the allegations have hurt me and I feel like I can't trust you. I didn't refuse to review discovery and I didn't cause the delay in your case. When I worked for you, I filed what you asked to preserve evidence and I tried to do what you asked of me before you went in a different direction. I hope you can put this behind you and resolve it amicably. You told me I would have to distance myself from you one day well before you were angry at me and threatening litigation. I guess I should have listened then. I hope you are in good health, and I am sorry you feel the way you do. Enjoy your week, and if you want to chat I would request two things first no jabs they don't do anyone any good. Second I have never recorded our conversations and ask for your assurances you are not going to do the same moving forward. We need to keep this to email only unless you ask for a call via email. Good luck moving forward in your life and I hope we can resolve this soon.

As to settlement, the terms would need to be binding. There were substantial gaps in your employment. Especially after the Ford immunity hearing.

Sincerely,

Mike Maloof, Jr.

# Exhibit 8

Maloof Email (Mar. 9, 2022)

 Gmail

Mike Sullivan <msullivanjr@gmail.com>

## Re: Good Morning
1 message

**Mike Maloof** <malooflawfirm@gmail.com>
To: Mike Sullivan <msullivanjr@gmail.com>

Wed, Mar 9, 2022 at 8:09 AM

Mike don't worry about the donuts very nice gesture by the way.  There are few places in Decatur.  We are looking forward to having you here.  My legal assistant is out with some kind of medical issue they are trying to figure out.  It is a little scary.  Gunner will be here.  It is going to be fun.  We got a lot going on, and a lot of pretty interesting work stuff.  I have a plea at 1:00 today and I think I have to go to Cobb late this afternoon, but I should be here most of the day.  Look forward to seeing you.  When you arrive just shot me a text and I will let you in the back.  We are not open like normally yet so the front is locked.  I will see you this morning.

Sincerely,

Mike Maloof, Jr.

On Wed, Mar 9, 2022 at 7:27 AM Mike Sullivan <msullivanjr@gmail.com> wrote:
> Is there somewhere I can grab donuts (or breakfast) + coffee for your team on the way in?
>
> So excited to work for the first time since '15.  Thanks, Mike! :)
>
> Best Regards,
>
> **Mike Sullivan**
>
> 📱 (678) 372-3000 | 📞 (678) 744-6028 | ✉ msullivanjr@gmail.com

--
The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030

Tel 404-373-8000
Fax 404-378-3656
malooflawfirm.com

CONFIDENTIALITY NOTICE:  This e-mail and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s).  This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.

# Exhibit 9

## Sullivan Email (Mar. 10, 2022)

 **Gmail**                                              Michael Sullivan <msullivanjrlaw@gmail.com>

## Email Address / Cooley Motion
1 message

**Michael Sullivan** <msullivanjrlaw@gmail.com>                          Thu, Mar 10, 2022 at 3:01 PM
To: malooflawfirm@gmail.com

Mike,

I thought it would be prudent to set up a new gmail address to "firewall" communications related to your law practice from those that are personal:

- msullivanjrlaw@gmail.com is the best my creatively-challenged brain could come up with, but ...
- Obviously I want to steer clear of § 15-19-51, so if you have a better email address I might use, please let me know.

More pertinently, can you please share the DRAFT of the Cooley Motion with me please so I may (1) redline; or (2) create a separate working iteration (at your preference).

NB: Make sure you call Gunner "Numba One Gunna" next time you bump into him. It is a play off this old school song https://youtu.be/HBOUdDaBtGw

--

Sincerely,

Mike Sullivan | Law Clerk | The Maloof Law Firm

(404) 373-8000 | (678) 372-3000 | msullivanjrlaw@gmail.com

CONFIDENTIALITY NOTICE: This email and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this email or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the email, any attachment, and all copies thereof and destroy any printouts.

# Exhibit 10

Lynch Email (Apr. 1, 2022)

 **Gmail**                                      **Michael Sullivan <msullivanjrlaw@gmail.com>**

---

## Re: Pl.'s Br. in Opp'n to Def.'s Mot. for Summ. J [Mar 31 22 @ 742 PM]
1 message

---

**Andrew Lynch** <andrew@attorneyandrew.com>                        Fri, Apr 1, 2022 at 1:00 PM
To: Michael Sullivan <msullivanjrlaw@gmail.com>
Cc: "Mike Maloof Jr." <malooflawfirm@gmail.com>

You did good.    Don't sweat the details.  You were a real help.

Thank you,
Andrew "Drew" Lynch

Andrew R. Lynch

The Lynch Law Group
125 Clairemont Avenue, Suite 470
Decatur, Georgia 30030

Office 404-373-7735
Fax 404-377-0106

# Exhibit 11

Sullivan Email (May 18, 2022)

 Gmail                                                      Michael Sullivan <msullivanjrlaw@gmail.com>

## [LEGAL] 2022 Salary Guide from Robert Half
1 message

**Michael Sullivan** <msullivanjrlaw@gmail.com>                                Wed, May 18, 2022 at 2:46 PM
To: Mike Maloof <malooflawfirm@gmail.com>

https://www.roberthalf.com/salary-guide/home?utm_campaign=Client-Candidate-SalaryGuide-NonRec-Auto-Email1-NA&utm_medium=Email&
utm_source=RH_Operational&utm_content=access_salary_guide&sfi=

I dropped this guide into Excel ... was curious what the market looked like.  I think this might be the most appropriate title, but I'm guessing.

| Administrative Assistant – Legal | 41,750 | 50,500 | 56,750 |
|---|---|---|---|

--

Sincerely,

**Mike Sullivan** | Law Clerk | The Maloof Law Firm

(678) 372-3000 |  (404) 373-8000 |  msullivanjrlaw@gmail.com

📎 **LEGAL 2022 SALARIES.xlsx**
13K

| Title | 25th percentile | 50th percentile | 75th percentile |
|---|---|---|---|
| Lawyer, 10+ Years' Experience | 123,750 | 152,500 | 178,500 |
| Lawyer, 4-9 Years' Experience | 98,000 | 125,750 | 153,250 |
| Lawyer, 2-3 Years' Experience | 85,500 | 104,750 | 133,750 |
| First-Year Lawyer | 69,500 | 85,250 | 109,000 |
| General Counsel | 155,750 | 194,250 | 242,000 |
| In-House Counsel/Associate General Counsel, 10+ Years' Experience | 134,250 | 163,000 | 199,250 |
| In-House Counsel, 4-9 Years' Experience | 93,000 | 128,750 | 154,250 |
| In-House Counsel, Up to 3 Years' Experience | 76,000 | 102,000 | 127,500 |
| Legal Administrator | 68,000 | 81,250 | 104,000 |
| Office Manager – Legal | 56,250 | 59,500 | 68,750 |
| Paralegal Manager | 85,250 | 92,750 | 101,250 |
| Senior/Supervising Paralegal, 7+ Years' Experience | 66,750 | 74,500 | 93,250 |
| Midlevel Paralegal, 4-6 Years' Experience | 57,500 | 65,750 | 77,000 |
| Paralegal, 2-3 Years' Experience | 45,250 | 50,000 | 60,750 |
| Case Clerk, 0-2 Years' Experience | 42,750 | 46,500 | 51,000 |
| Senior Legal Assistant (Hybrid) | 68,250 | 74,750 | 81,250 |
| Legal Assistant (Hybrid) | 47,250 | 56,000 | 64,500 |
| Senior/Executive Legal Secretary, 12+ Years' Experience | 62,500 | 71,000 | 76,750 |
| Legal Secretary, 7-11 Years' Experience | 54,750 | 64,500 | 72,250 |
| Legal Secretary, 3-6 Years' Experience | 48,250 | 54,250 | 62,750 |
| Legal Secretary, 1-2 Years' Experience | 37,500 | 42,250 | 48,000 |
| Administrative Assistant – Legal | 41,750 | 50,500 | 56,750 |
| Patent Agent | 72,750 | 86,500 | 101,500 |
| Records Manager | 68,500 | 79,250 | 90,750 |
| Records Clerk | 36,000 | 41,500 | 46,250 |
| Calendar/Docket Clerk | 42,500 | 48,750 | 61,250 |
| File Clerk – Legal | 39,500 | 43,750 | 51,250 |
| Time and Billing Clerk | 39,250 | 43,500 | 53,000 |
| Director, Compliance, 10+ Years' Experience | 96,000 | 132,750 | 154,750 |
| Manager, Compliance, 7-9 Years' Experience | 86,750 | 100,250 | 126,250 |
| Compliance Analyst, 4-6 Years' Experience | 68,750 | 83,250 | 101,500 |
| Compliance Analyst, 1-3 Years' Experience | 61,500 | 77,000 | 82,500 |
| Lease Manager | 67,000 | 82,750 | 97,250 |
| Lease Administrator | 56,000 | 66,250 | 83,750 |
| Lease Assistant | 44,750 | 53,000 | 59,000 |
| Title Closer | 35,000 | 44,500 | 49,250 |
| Director, Litigation Support/eDiscovery, 10+ Years' Experience | 112,250 | 137,750 | 169,500 |
| Manager, Litigation Support/eDiscovery, 7-9 Years' Experience | 98,500 | 119,250 | 137,000 |
| Manager, Litigation Support/eDiscovery, 3-6 Years' Experience | 71,000 | 96,500 | 117,750 |
| Litigation Support/eDiscovery Specialist/Analyst, Up to 2 Years' Experience | 55,000 | 67,250 | 84,250 |
| Document Coder | 36,750 | 41,250 | 51,500 |
| Legal Word Processor | 40,750 | 52,500 | 64,750 |
| Office Clerk | 34,500 | 36,250 | 42,000 |
| Legal Receptionist | 36,250 | 40,000 | 46,250 |

# Exhibit 12

## Maloof Letter (Aug. 8, 2022)

Dear Mike:

I read your email this weekend, and I was disheartened. I know every day that lingers with no resolution in site is unbearable. I want you to know you are a great friend. Your actions here have been invaluable and are altruistic to me and my firm.

If you decide to go turn into custody, I will respect that decision. I think the end of the case is approaching and I don't want you to have to fight this from the inside of the jail. You are a good man. You have suffered from a terrible injustice. I cannot say I know what it would be like, but I know what feeling hopeless feels like and I know its discomforts.

I thought about it all day yesterday. I could not think of the words that would be persuasive to prevent you from taking the action. The only thing I can say is I am your friend, and I will do what is in my power to help you.

If you want me to become counsel of record, I would do it. I don't want to watch you in the pain you find yourself in at the moment.

My hopelessness with Alcoholism is what I am going to draw from in this letter. The only way my life got better is when I took positive action to address the issue. Helping others makes one feel good and gets them outside themselves. The very prison you can find yourself sometimes.

Help my clients and we got a lot of distractions for the next couple of months. Let's help Ford out of his case. Let's help Alford (as you have) and Allen the next two weeks. Let's spend this weekend making a trial notebook and force ourselves to read that book I always show you.

You have a lot to give this world. Your decision to turn into custody would fuck up your mindset that must be sharp for the trial that will eventually happen. If none of this is persuasive, then I will respect you as a person and friend. I am trying to think of a sense of purpose I can provide you. Just let me know what I can do.

Your Friend and Colleague,

Mike Maloof, Jr.

# Exhibit 13

## Sullivan Email (Aug. 14, 2022)

 Gmail                                    Michael Sullivan <msullivanjrlaw@gmail.com>

## Re: Last Day
1 message

**Mike Maloof** <malooflawfirm@gmail.com>                    Mon, Aug 15, 2022 at 6:29 AM
To: Michael Sullivan <msullivanjrlaw@gmail.com>

Fair enough, let me know what I can do to help. I will miss having you around and you know where to find me and if you want to do the leave and getting ready don't hesitate to let me know. You are my friend and I hate seeing you suffer.

Sincerely,

Mike Maloof
On Sun, Aug 14, 2022 at 10:32 PM Michael Sullivan <msullivanjrlaw@gmail.com> wrote:
W be out of the office for an indeterminate period starting Monday.
I need to focus on other stuff, thanks.


--

Sincerely,

**Mike Sullivan** | Law Clerk | The Maloof Law Firm

📱 (678) 372-3000 | 📞 (404) 373-8000 | ✉ msullivanjrlaw@gmail.com

--

The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030

Tel 404-373-8000
Fax 404-378-3656
malooflawfirm.com


CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.

# Exhibit 14

MyCase Email (Aug. 16, 2022)

 **Gmail**                                    Michael Sullivan <msullivanjrlaw@gmail.com>

---

## Recent activity in MyCase
1 message

---

**The Maloof Law Firm** <no-reply@mycase.com>                   Tue, Aug 16, 2022 at 8:41 PM
Reply-To: No-Reply <no-reply@mycase.com>
To: Michael Sullivan <msullivanjrlaw@gmail.com>

---

 **Recent Activity Notifications**
**Prepared for Michael Sullivan**

### August 16, 2022  8:41pm

 **Alford, Clevon**

 Michael Maloof, Jr. (Attorney) completed task Modify Bond Conditions to Allow Clevon ALFORD to Attend College (must reside at).

 **Huq, Shagor**

 Michael Maloof, Jr. (Attorney) accepted a payment of $500.00 (Credit Card) for invoice #11139

 Michael Maloof, Jr. (Attorney) added 1 note

 Michael Maloof, Jr. (Attorney) emailed invoice #11139 to Ahmed Huq (Family Member)

 Michael Maloof, Jr. (Attorney) emailed invoice #11139 to Akash Huq (Family Member)

 **Kidd, Mekkiah**                                      `New Case`

 Michael Maloof, Jr. (Attorney) linked you to case Kidd, Mekkiah

Michael Maloof, Jr. (Attorney) linked contact Branden Brooks to case Kidd, Mekkiah

Michael Maloof, Jr. (Attorney) linked contact Cookie Brooks to case Kidd, Mekkiah

Michael Maloof, Jr. (Attorney) linked attorney Gunner Pak to case Kidd, Mekkiah

Michael Maloof, Jr. (Attorney) linked business manager Kelly V Leuvan to case Kidd, Mekkiah

Michael Maloof, Jr. (Attorney) linked business manager Sofia K Barnett to case Kidd, Mekkiah

  Michael Maloof, Jr. (Attorney) added invoice #11145



Michael Maloof, Jr. (Attorney) accepted a payment of $2,000.00 (Credit Card) for invoice #11145

Michael Maloof, Jr. (Attorney) emailed invoice #11145 to Cookie Brooks (Family Member)

## Nichols, Loree                                    Case Closed

Michael Maloof, Jr. (Attorney) accepted a payment of $4,400.00 (Check) for invoice #11143

Michael Maloof, Jr. (Attorney) emailed invoice #11143 to Loree Nichols (Client)

## Firm Activity

Michael Maloof, Jr. (Attorney) added 2 contacts

Michael Maloof, Jr. (Attorney) added business manager Sofia K Barnett

Change the content and/or frequency of these emails - Edit your email settings

This email was sent to msullivanjrlaw@gmail.com. To ensure that you continue receiving our emails, please add us to your address book or safe list.

© 2022 MyCase, Inc. | 9201 Spectrum Center Blvd STE 100, San Diego, CA 92123

# Exhibit 15

Maloof Email (Aug. 22, 2022)

 Gmail

**Michael Sullivan <msullivanjrlaw@gmail.com>**

---

## Flights
1 message

---

**Mike Maloof** <malooflawfirm@gmail.com>                                Mon, Aug 22, 2022 at 7:29 AM
To: Mike Sullivan <msullivanjrlaw@gmail.com>

Mike nancia and I decided we wanted to go to Jackson Hole Wyoming for our trip we would do it on the Columbus Day Weekend.  We would love to fly out October 6th in the evening and come back Columbus day on the 10th.  If you want to do it pull the trigger, but certainly don't feel any obligation.  I hope you are hanging in there and as always you are my friend and I miss having you around.

Very Truly Yours,

Mike Maloof, Jr.

---

The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030

Tel 404-373-8000
Fax 404-378-3656
malooflawfirm.com

CONFIDENTIALITY NOTICE:  This e-mail and any attachments contain information from The Maloof Law Firm and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.

# Exhibit 16

## Delta Email (Sep. 16, 2022)

 Gmail

Mike Sullivan <msullivanjr2@gmail.com>

---

**SkyMiles Award Redemption Confirmation**
1 message

---

**Delta Air Lines** <DeltaAirLines@t.delta.com>                                         Fri, Sep 16, 2022 at 7:53 AM
Reply-To: Transactional Email Reply Inbox <reply-233863-14_HTML-3861254-10982494-674736@t.delta.com>
To: MSULLIVANJR2@gmail.com

---

 **DELTA**

**Hello, Michael**

#2394515130    |    SkyMiles® Member

# An Award Travel transaction has posted to your account.

Your SkyMiles account 2394515130 reflects 118,000 miles were used on September 16, 2022 for Award Travel.

If you did not authorize this transaction, please contact us immediately at 1-800-323-2323 for assistance. If you are currently outside of the United States, please contact the local reservations office where you are located.

This email is a transaction notice only. You will receive a separate email detailing your Award Travel reservation.

As always, we thank you for your loyalty.