UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 24 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MICHAEL E. SULLIVAN, JR.,

    Plaintiff,

v.

W. MICHAEL MALOOF, JR.,
d/b/a THE MALOOF LAW FIRM,

    Defendant.

Civil Action No.:

**1:25-cv-02006-JPB**

### RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that a true and correct copy of **PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT** was served upon Defendant by:

(1)    depositing the same in the United States Mail, first class postage prepaid; and

(2)    electronic mail;

both addressed as follows:

> W. Michael Maloof, Jr.
> 215 North McDonough Street
> Decatur, GA 30030-3319
> Phone: 404-492-5104
> Email: malooflawfirm@gmail.com

This, the 18th day of November, 2025.

*[signature]*

**Michael E. Sullivan, Jr.,**
Plaintiff *pro se*

3324 Peachtree Road NE, Unit 1405
Atlanta, GA 30326
(678) 372-3000
msullivanjr@gmail.com



Michael E. Sullivan, Jr.
3324 Peachtree Road NE, Unit 1405
Atlanta, GA 30326

**Clerk of Court**
**Richard B. Russell Federal Building**
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

FILE INTO CASE
**1:25-cv-02006-JPB**
Sullivan v. Maloof

Filer: Michael E. Sullivan Jr.