UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL E. SULLIVAN, JR., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>W. MICHAEL MALOOF, JR., )<br>d/b/a THE MALOOF LAW FIRM, )<br>    Defendant. | Civil Action No.:<br>1:25-cv-02006-JPB |

RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that a true and correct copy of DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS was served upon Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows and electronically via email to msullivanjr@gmail.com:

Michael E. Sullivan, Jr.
3324 Peachtree Road NE, Unit 1405
Atlanta, Georgia 30326
msullivanjr@gmail.com

Respectfully submitted this 17th day of December 2025.

_____
W. Michael Maloof, Jr.
Pro Se Litigant
GA Bar # 558133