# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:25-cv-02006-JPB**
**Sullivan v. Maloof**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court via ZOOM on 03/18/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:35 A.M.    COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:35    DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Daniel DeWoskin representing W. Michael Maloof<br>W. Maloof representing W. Michael Maloof<br>Michael E. Sullivan appearing Pro Se |
| OTHERS PRESENT: | Sam Han |
| PROCEEDING CATEGORY: | Discovery Hearing (Oral Argument Hearing); |
| MOTIONS RULED ON: | [80] Motion for Extension of Time to Complete Discovery GRANTED IN PART |
| MINUTE TEXT: | The Court heard from parties on the various discovery disputes. The Court ordered Mr. Maloof to include in all future filings in this case a statement certifying that he has confirmed the accuracy of all case citations included therein. The Court will reopen discovery for the limited purpose of allowing Plaintiff to depose Defendant and Defendant to depose Plaintiff. The depositions are limited to 2 hours each and should be scheduled for the same day, on or before April 8, 2026.  The deadline to file dispositive motions is 3 weeks after the date that the depositions occur. |
| HEARING STATUS: | Hearing Concluded |